| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| __Southern__ District of __Texas__ (State) |
| Case number (If known): _____ Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy           04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Offshore Specialty Fabricators, LLC.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   Offshore Specialty Fabricators, LLC.

3. **Debtor's federal Employer Identification Number (EIN)**

   7 2 - 1 1 1 9 6 4 0

4. **Debtor's address**

   **Principal place of business**

   20445 State Highway 249
   Number   Street

   Suite 280

   Houston          TX      77070
   City             State   ZIP Code

   Harris
   County

   **Mailing address, if different from principal place of business**

   _____
   Number   Street

   _____
   P.O. Box

   _____   _____   _____
   City     State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   115 Menard Road
   Number   Street

   Houma          LA     70361
   City           State  ZIP Code

5. **Debtor's website** (URL)

   www.osf-llc.com

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  __Offshore Specialty Fabricators, LLC__   Case number (if known)_____
         Name

7. **Describe debtor's business**

    A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ☒ None of the above

    B. *Check all that apply:*

    ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

    2 3 7 9

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

    *Check one:*

    ☐ Chapter 7
    ☐ Chapter 9
    ☒ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    If more than 2 cases, attach a separate list.

    ☒ No
    ☐ Yes.  District _____  When _____  Case number _____
                                       MM / DD / YYYY
            District _____  When _____  Case number _____
                                       MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No
    ☐ Yes.  Debtor _____  Relationship _____
            District _____  When _____
                                                      MM / DD / YYYY
            Case number, if known _____

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 2

Debtor   <u>Offshore Specialty Fabricators, LLC</u>   Case number (if known)_____
         Name

**11. Why is the case filed in *this* district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property?_____
                      Number     Street

_____
City                                  State    ZIP Code

Is the property insured?

☐ No
☐ Yes. Insurance agency _____

Contact name  _____

Phone         _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☒ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☒ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

Debtor   Offshore Specialty Fabricators, LLC          Case number (if known)
         Name

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/29/2017
             MM / DD / YYYY

X /s/ Tambrey L. Naron
Signature of authorized representative of debtor

Tammy Naron
Printed name

Title  CEO

**18. Signature of attorney**

X  /s/ Kyung S. Lee                     Date  10/01/2017
Signature of attorney for debtor              MM / DD / YYYY

Kyung S. Lee
Printed name

Diamond McCarthy LLP
Firm name

909 Fannin, Suite 3700
Number          Street

Houston                                  TX        77010
City                                     State     ZIP Code

713-333-5100                             klee@diamondmccarthy.com
Contact phone                            Email address

12128400                                 TX
Bar number                               State

## WRITTEN CONSENT OF MANAGING MEMBER OF
## OFFSHORE SPECIALTY FABRICATORS, LLC

I, William M. Kallop, declare under penalty of perjury that (i) I am the sole Manager of Offshore Domestic Group, LLC ("ODG") and a Manager of Offshore Specialty Fabricators, LLC ("OSF"); (ii) ODG is the Managing Member of OSF; and (iii) on September 28, 2017, the following resolutions were duly adopted by OSF in accordance with OSF's Limited Liability Company Agreement and are in full force and effect on the date hereof:

WHEREAS, it is in the best interests of OSF to file a voluntary petition for relief pursuant to chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas;

Be it therefore RESOLVED, that William M. Kallop, in his capacity as Manager of OSF ("Kallop"), is authorized and directed to execute and deliver all documents necessary to effect OSF's filing of a voluntary petition for relief under chapter 11 of the Bankruptcy Code;

Be it therefore FURTHER RESOLVED, that Kallop is authorized to appoint one or more representatives to appear in all bankruptcy proceedings on behalf of OSF, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the OSF in connection with such bankruptcy case;

Be it therefore FURTHER RESOLVED, that OSF is authorized and directed to employ the law firm of Diamond McCarthy, LLP, as bankruptcy counsel to represent and assist OSF in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance OSF's rights and obligations, including filing any pleadings and petitions for relief; and in connection therewith, Kallop is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and cause to be filed an appropriate application for authority to retain the services of Diamond McCarthy, LLP;

Be it therefore FURTHER RESOLVED, that the execution by any officer of OSF of any document authorized by the foregoing resolutions, or any document executed in the accomplishment of any action or actions so authorized, shall become upon delivery the enforceable and binding act and obligation of OSF, as the case may be, without the necessity of the signature or attestation of any other officer of OSF or the affixing of the corporate seal; and

Be it therefore FURTHER RESOLVED, that all acts, transactions or agreements undertaken prior to the adoption of these resolutions by any of the officers or representatives of OSF in their respective name and on their behalf in connection with the foregoing matters are ratified, confirmed and adopted by OSF.

Executed on: 09/29/2017            By: _____

William M. Kallop, on behalf of Offshore Domestic Group, LLC, the Managing Member of Offshore Specialty Fabricators, LLC; and as Manager of Offshore Specialty Fabricators, LLC