**Fill in this information to identify the case:**

Debtor name __Offshore Specialty Fabricators, LLC__

United States Bankruptcy Court for the: __Southern__ District of __Texas__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Upstream Brokers<br>2020 N. Memorial Way<br>Houston, TX  77007 | | Trade debt | | | | $1,062,265.20 |
| 2 | Alliance Heavy Lift, LLC<br>P O Box 999<br>Larose, LA 70373 | | Trade debt | | | | $ 488,693.87 |
| 3 | Price Forbes<br>3 Minster Ct., 6th Floor<br>Mincing Lane<br>London EC3R 7PD    England | | Trade debt | | | | $ 451,417.27 |
| 4 | Retif Oil & Fuel, LLC<br>P O Box 62600<br>Dept. #2000<br>New Orleans, LA 70162-2600 | | Trade debt | | | | $ 401,519.25 |
| 5 | Tidelands Adjustment Services, Inc.<br>610 S. Tyler Street<br>Covington, LA 70433 | | Trade debt | | | | $ 254,019.15 |
| 6 | Premier Offshore Catering, Inc.<br>P O Box 1420<br>Gray, LA 70359 | | Trade debt | | | | $ 230,142.87 |
| 7 | Koch & Schmidt, LLC<br>650 Poydras Street, Ste. 2660<br>New Orleans, LA 70130 | | Trade debt | | | | $ 163,403.00 |
| 8 | Rouse's Enterprises, LLC<br>d/b/a Rouse's Market<br>P O Box 5358<br>Thibodeaux, LA 70302 | | Trade debt | | | | $ 158,083.99 |

Debtor  Offshore Specialty Fabricators, LLC         Case number (*if known*)_____
                Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Abrado, Inc.<br>16203 Park Row, Suite 160<br>Houston, TX 77084 | | Trade debt | | | | $ 155,241.74 |
| 10 | Phelps Dunbar, LLP<br>P O Box 974798<br>Dallas, TX 75397-4798 | | Trade debt | | | | $ 128,169.74 |
| 11 | Steamship Mutual Underwriting Assoc.<br>Aquatical House<br>39 Bell Lane<br>London, E1 7LU | | Trade debt | | | | $ 127,583.81 |
| 12 | Tidelands Adjustment Service<br>610 S. Tyler Street<br>Covington, LA 70433 | | Trade debt | | | | $ 120,738.67 |
| 13 | C.E. Oil Tool & Supply, Inc.<br>P O Box 81367<br>Lafayette, LA 70598-1367 | | Trade debt | | | | $ 115,051.53 |
| 14 | Proserv Offshore<br>2421 West Park Ave.<br>Gray, LA 70359 | | Trade debt | | | | $ 110,879.12 |
| 15 | Grand Isle Shipyard, Inc.<br>P O Box 820<br>Galiano, LA 70354 | | Trade debt | | | | $ 104,591.17 |
| 16 | Inner Parish Security<br>43222 Pecan Ridge Dr.<br>Hammond, LA 70403 | | Trade debt | | | | $ 102,149.75 |
| 17 | Catamaran, Inc.<br>P O Box 27275<br>New York, NY  10087-7275 | | Trade debt | | | | $ 100,913.05 |
| 18 | Oil States Industries, Inc.<br>P O Box 54983<br>New Orleans, LA 70154-4983 | | Trade debt | | | | $ 89,723.80 |
| 19 | Demex International, Inc.<br>P O Box 156<br>Picayune, MS 39466 | | Trade debt | | | | $ 84,221.00 |
| 20 | Bourgeois Bennett LLC<br>P O Box 2168<br>Houma, LA 70361 | | Trade debt | | | | $ 80,960.00 |