## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| OFFSHORE SPECIALTY | § | Case No. 17-_____ |
| FABRICATORS, LLC , | § | |
| | § | (Chapter 11) |
| Debtor. | § | |

### CORPORATE OWNERSHIP STATEMENT

Pursuant to Fed. R. Bankr. P. 1007(a)(1), the following corporations directly or indirectly own 10% or more of a class of the Debtor's equity interest:  Offshore Domestic Group, LLC.

### DECLARATION

I, the authorized signatory of Offshore Specialty Fabricators, Inc., named as the Debtor in the above-captioned bankruptcy case, declare under penalty of perjury that the foregoing Corporate Ownership Statement is true and correct to the best of my information and belief.

By: _Tambrey J. Naron_
Name: Tammy Naron
Title: CEO