# Aged Receivables

**McDonough Marine Service**
Aged Receivables As Of 4/25/2017 - By Posting Date
Printed On 4/25/2017 2:27:58 PM

## OFFSHORE SPECIALTY FABRICATORS, LLC - 2015049

Primary Contact:     Main Phone: (985) 868-1438     Credit Limit: $400,000.00     Last Payment Date: 2/10/2017     Last Payment Amount: $183,535.00

| Document # | Days | Posting Date | Orig. Balance | Balance | 0-30 Days | 31-60 Days | 61-90 Days | 91-120 Days | 121 + Days |
|---|---|---|---|---|---|---|---|---|---|
| 72242 | 519 | 11/23/2015 | $1,450.00 | $1,450.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,450.00 |
| 72589 | 512 | 11/30/2015 | $43,220.00 | $27,881.75 | $0.00 | $0.00 | $0.00 | $0.00 | $27,881.75 |
| 72822 | 481 | 12/31/2015 | $1,500.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 |
| 72823 | 481 | 12/31/2015 | $45,236.50 | $45,236.50 | $0.00 | $0.00 | $0.00 | $0.00 | $45,236.50 |
| 73069 | 481 | 12/31/2015 | $33,600.00 | $33,600.00 | $0.00 | $0.00 | $0.00 | $0.00 | $33,600.00 |
| 73180 | 466 | 1/15/2016 | $1,550.00 | $1,550.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,550.00 |
| 77413 | 237 | 8/31/2016 | $139,500.00 | $139,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $139,500.00 |
| 77414 | 237 | 8/31/2016 | $139,500.00 | $139,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $139,500.00 |
| 77653 | 211 | 9/26/2016 | $1,500.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 |
| 77654 | 211 | 9/26/2016 | $63,155.00 | $36,471.00 | $0.00 | $0.00 | $0.00 | $0.00 | $36,471.00 |
| 78007 | 207 | 9/30/2016 | $57,000.00 | $57,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $57,000.00 |
| 78008 | 207 | 9/30/2016 | $90,000.00 | $75,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $75,000.00 |
| 80730 | 56 | 2/28/2017 | $3,000.00 | $3,000.00 | $0.00 | $3,000.00 | $0.00 | $0.00 | $0.00 |
| TOTALS | | | $610,232.60 | $563,169.35 | $0.00 | $3,000.00 | $0.00 | $0.00 | $560,169.35 |
| Totals ......... | | | $610,232.60 | $563,169.35 | $0.00 | $3,000.00 | $0.00 | $0.00 | $560,169.35 |
| REPORT TOTALS ......... | | | $610,232.60 | $563,169.35 | $0.00 | $3,000.00 | $0.00 | $0.00 | $560,169.35 |



EXHIBIT B



# McDONOUGH INVOICE
## Marine Service

3500 N Causeway, Ste 900 • Metairie, LA 70002
Phone: 504-780-8100 • Fax: 504-780-8200

**Bill To**

OFFSHORE SPECIALTY FABRICATORS, LLC
P O BOX 1420
HOUMA, LA 70361
ATTN: ACCOUNTS PAYABLE DEPT

**Invoice No:** 72242
**Job No:** 707835
**Invoice Date:** Nov 23, 2015
**Terms:** Due Upon Receipt

| Cust | Business Unit | Purchase Order | Job Name/Number | Ordered By: |
|---|---|---|---|---|
| 2015049 | 102 | | | Ed Williams |

| Description | Rate / Basis | |
|---|---|---|
| To bill your account for the MARMAC 24 on charter survey performed by Stansbury & Associates on 11/3/15. | LUMPSUM | $1,450.00 |
| | Subtotal: | $1,450.00 |
| | Invoice Total: | $1,450.00 |

Additional Notes:
No tax due, barge is going to Mississippi Canyon block 21B.

**Mail Payments To:**
(Include Invoice Number on Check)
McDonough Marine Service
P.O. Box 919227
Dallas, TX 75391-9227
E-mail: Accounting-MMS@mcdonoughmarine.com



# McDONOUGH
## Marine Service

**INVOICE**

3500 N Causeway, Ste 900 • Metairie, LA 70002
Phone: 504-780-8100 • Fax: 504-780-8200

**Bill To**

| | |
|---|---|
| OFFSHORE SPECIALTY FABRICATORS, LLC<br>P O BOX 1420<br>HOUMA, LA 70361<br>ATTN: ACCOUNTS PAYABLE DEPT | **Invoice No:** 72589<br>**Job No:** 707835<br>**Invoice Date:** Nov 30, 2015<br>**Terms:** Due Upon Receipt |

| Cust | Business Unit | Purchase Order | Job Name/Number | Ordered By: |
|---|---|---|---|---|
| 2015049 | 102 | | | Ed Williams |

| Description | Rate / Basis | |
|---|---|---|
| Cash Applied | | $-15,338.25 |
| Rental of MARMAC 24<br>11/04/2015 - 11/30/2015 | $1,600.00 / Day | $43,200.00 |
| | Subtotal: | $27,861.75 |
| | Invoice Total: | $27,861.75 |

Additional Notes:
No tax due, barge is going to Mississippi Canyon block 21B.

---

**Mail Payments To:**
(Include Invoice Number on Check)
McDonough Marine Service
P.O. Box 919227
Dallas, TX 75391-9227
E-mail: Accounting-MMS@mcdonoughmarine.com



# McDONOUGH INVOICE
## Marine Service

3500 N Causeway, Ste 900 • Metairie, LA 70002
Phone: 504-780-8100 • Fax: 504-780-8200

**Bill To**

OFFSHORE SPECIALTY FABRICATORS, LLC
P O BOX 1420
HOUMA, LA 70361
ATTN: ACCOUNTS PAYABLE DEPT

Invoice No: 72822
Job No: 707835
Invoice Date: Dec 31, 2015
Terms: Due Upon Receipt

| Cust | Business Unit | Purchase Order | Job Name/Number | Ordered By: |
|---|---|---|---|---|
| 2015049 | 102 | | | Ed Williams |

| Description | Rate / Basis | |
|---|---|---|
| To bill your account for the MARMAC 24 ABS fees. | LUMPSUM | $1,500.00 |
| | Subtotal: | $1,500.00 |
| | Invoice Total: | $1,500.00 |

Additional Notes:
No tax due, barge is going to Mississippi Canyon block 21B.

**Mail Payments To:**
(Include Invoice Number on Check)
McDonough Marine Service
P.O. Box 919227
Dallas, TX 75391-9227
E-mail: Accounting-MMS@mcdonoughmarine.com



# McDONOUGH INVOICE
## Marine Service

3500 N Causeway, Ste 900 • Metairie, LA 70002
Phone: 504-780-8100 • Fax: 504-780-8200

**Bill To**

OFFSHORE SPECIALTY FABRICATORS, LLC
P O BOX 1420
HOUMA, LA 70361
ATTN: ACCOUNTS PAYABLE DEPT

Invoice No: 72823
Job No: 707835
Invoice Date: Dec 31, 2015
Terms: Due Upon Receipt

| Cust | Business Unit | Purchase Order | Job Name/Number | Ordered By: |
|---|---|---|---|---|
| 2015049 | 102 | | | Ed Williams |

| Description | Rate / Basis | |
|---|---|---|
| To bill your account for the MARMAC 24 repair settlement performed by Eagle Drydock on 12/23/15. | LUMPSUM | $45,236.60 |
| | Subtotal: | $45,236.60 |
| | Invoice Total: | $45,236.60 |

Additional Notes:
No tax due, barge is going to Mississippi Canyon block 21B.

**Mail Payments To:**
(Include Invoice Number on Check)
McDonough Marine Service
P.O. Box 919227
Dallas, TX 75391-9227
E-mail: Accounting-MMS@mcdonoughmarine.com



# McDONOUGH INVOICE
## Marine Service

3500 N Causeway, Ste 900 • Metairie, LA 70002
Phone: 504-780-8100 • Fax: 504-780-8200

**Bill To**

OFFSHORE SPECIALTY FABRICATORS, LLC
P O BOX 1420
HOUMA, LA 70361
ATTN: ACCOUNTS PAYABLE DEPT

Invoice No: 73069
Job No: 707835
Invoice Date: Dec 31, 2015
Terms: Due Upon Receipt

| Cust | Business Unit | Purchase Order | Job Name/Number | Ordered By: |
|---|---|---|---|---|
| 2015049 | 102 | | | Ed Williams |

| Description | Rate / Basis | |
|---|---|---|
| Rental of MARMAC 24<br>12/01/2015 - 12/21/2015 | $1,600.00 / Day | $33,600.00 |
| | Subtotal: | $33,600.00 |
| | Invoice Total: | $33,600.00 |

Additional Notes:
No tax due, barge is going to Mississippi Canyon block 21B.

---

**Mail Payments To:**
(Include Invoice Number on Check)
McDonough Marine Service
P.O. Box 919227
Dallas, TX 75391-9227
E-mail: Accounting-MMS@mcdonoughmarine.com



# McDONOUGH INVOICE
## Marine Service

3500 N Causeway, Ste 900 • Metairie, LA 70002
Phone: 504-780-8100 • Fax: 504-780-8200

**Bill To**

OFFSHORE SPECIALTY FABRICATORS, LLC
P O BOX 1420
HOUMA, LA 70361
ATTN: ACCOUNTS PAYABLE DEPT

Invoice No: 73180
Job No: 707835
Invoice Date: Jan 15, 2016
Terms: Due Upon Receipt

| Cust | Business Unit | Purchase Order | Job Name/Number | Ordered By: |
|---|---|---|---|---|
| 2015049 | 102 | | | Ed Williams |

| Description | Rate / Basis | |
|---|---|---|
| To bill your account for the MARMAC 24 off charter survey performed by Stansbury & Associates on 12/21/15. | LUMPSUM | $1,550.00 |
| | Subtotal: | $1,550.00 |
| | Invoice Total: | $1,550.00 |

Additional Notes:
No tax due, barge is going to Mississippi Canyon block 21B.

**Mail Payments To:**
(Include Invoice Number on Check)
McDonough Marine Service
P.O. Box 919227
Dallas, TX 75391-9227
E-mail: Accounting-MMS@mcdonoughmarine.com



# McDONOUGH INVOICE
## Marine Service

3500 N Causeway, Ste 900 • Metairie, LA 70002
Phone: 504-780-8100 • Fax: 504-780-8200

**Bill To**

OFFSHORE SPECIALTY FABRICATORS, LLC
P O BOX 1420
HOUMA, LA 70361
ATTN: ACCOUNTS PAYABLE DEPT

**Invoice No:** 77413
**Job No:** 708452
**Invoice Date:** Aug 31, 2016
**Terms:** Due Upon Receipt

| Cust | Business Unit | Purchase Order | Job Name/Number | Ordered By: |
|---|---|---|---|---|
| 2015049 | 102 | | | Kelly Steele |

| Description | Rate / Basis | |
|---|---|---|
| Rental of MARMAC 300<br>08/01/2016 - 08/31/2016 | $4,500.00 / Day | $139,500.00 |
| | Subtotal: | $139,500.00 |
| | Invoice Total: | **$139,500.00** |

Additional Notes:
No tax due, barge is going to VR 398A.

Mail Payments To:
(Include Invoice Number on Check)
**McDonough Marine Service**
**P.O. Box 919227**
**Dallas, TX 75391-9227**
**E-mail: Accounting-MMS@mcdonoughmarine.com**



# McDONOUGH INVOICE
## Marine Service

3500 N Causeway, Ste 900 • Metairie, LA 70002
Phone: 504-780-8100 • Fax: 504-780-8200

**Bill To**

| | |
|---|---|
| OFFSHORE SPECIALTY FABRICATORS, LLC<br>P O BOX 1420<br>HOUMA, LA 70361<br>ATTN: ACCOUNTS PAYABLE DEPT | Invoice No: 77414<br>Job No: 708438<br>Invoice Date: Aug 31, 2016<br>Terms: Due Upon Receipt |

| Cust | Business Unit | Purchase Order | Job Name/Number | Ordered By: |
|---|---|---|---|---|
| 2015049 | 102 | | | Kelly Steele |

| Description | Rate / Basis | |
|---|---|---|
| Rental of MARMAC 301<br>08/01/2016 - 08/31/2016 | $4,500.00 / Day | $139,500.00 |
| | Subtotal: | $139,500.00 |
| | Invoice Total: | **$139,500.00** |

Additional Notes:
No tax due, barge is going to South Timb 299.

---

Mail Payments To:
(Include Invoice Number on Check)
McDonough Marine Service
P.O. Box 919227
Dallas, TX 75391-9227
E-mail: Accounting-MMS@mcdonoughmarine.com



# McDONOUGH INVOICE
## Marine Service

3500 N Causeway, Ste 900 • Metairie, LA 70002
Phone: 504-780-8100 • Fax: 504-780-8200

**Bill To**

OFFSHORE SPECIALTY FABRICATORS, LLC
P O BOX 1420
HOUMA, LA 70361
ATTN: ACCOUNTS PAYABLE DEPT

Invoice No: 77653
Job No: 708452
Invoice Date: Sep 26, 2016
Terms: Due Upon Receipt

| Cust | Business Unit | Purchase Order | Job Name/Number | Ordered By: |
|---|---|---|---|---|
| 2015049 | 102 | 76816 | | Kelly Steele |

| Description | Rate / Basis | |
|---|---|---|
| To bill your account for the MARMAC 300 ABS fees on 9/23/16. | LUMPSUM | $1,500.00 |
| | Subtotal: | $1,500.00 |
| | Invoice Total: | **$1,500.00** |

Additional Notes:
No tax due, barge is going to VR 398A.

---

**Mail Payments To:**
(Include Invoice Number on Check)
McDonough Marine Service
P.O. Box 919227
Dallas, TX 75391-9227
E-mail: Accounting-MMS@mcdonoughmarine.com



# McDONOUGH INVOICE
## Marine Service

3500 N Causeway, Ste 900 • Metairie, LA 70002
Phone: 504-780-8100 • Fax: 504-780-8200

**Bill To**

| | |
|---|---|
| OFFSHORE SPECIALTY FABRICATORS, LLC | Invoice No: 77654 |
| P O BOX 1420 | Job No: 708452 |
| HOUMA, LA 70361 | Invoice Date: Sep 26, 2016 |
| ATTN: ACCOUNTS PAYABLE DEPT | Terms: Due Upon Receipt |

| Cust | Business Unit | Purchase Order | Job Name/Number | Ordered By: |
|---|---|---|---|---|
| 2015049 | 102 | 76816 | | Kelly Steele |

| Description | Rate / Basis | |
|---|---|---|
| To bill your account for the MARMAC 300 repair settlement as per the low bid by Stansbury & Associates on 9/23/16. | LUMPSUM | $38,196.00 |
| (5) Additional barge rental days. | | $15,000.00 |
| | Subtotal: | $53,196.00 |
| | Invoice Total: | $53,196.00 |

Additional Notes:
No tax due, barge is going to VR 398A.

---

**Mail Payments To:**
(Include Invoice Number on Check)
McDonough Marine Service
P.O. Box 919227
Dallas, TX 75391-9227
E-mail: Accounting-MMS@mcdonoughmarine.com



# McDONOUGH INVOICE
## Marine Service

3500 N Causeway, Ste 900 • Metairie, LA 70002
Phone: 504-780-8100 • Fax: 504-780-8200

**Bill To**

OFFSHORE SPECIALTY FABRICATORS, LLC
P O BOX 1420
HOUMA, LA 70361
ATTN: ACCOUNTS PAYABLE DEPT

Invoice No: 78007
Job No: 708452
Invoice Date: Sep 30, 2016
Terms: Due Upon Receipt

| Cust | Business Unit | Purchase Order | Job Name/Number | Ordered By: |
|---|---|---|---|---|
| 2015049 | 102 | 76816 | | Kelly Steele |

| Description | Rate / Basis | |
|---|---|---|
| Rental of MARMAC 300<br>09/01/2016 - 09/19/2016 | $3,000.00 / Day | $57,000.00 |
| | Subtotal: | $57,000.00 |
| | Invoice Total: | $57,000.00 |

Additional Notes:
No tax due, barge is going to VR 398A.

Mail Payments To:
(Include Invoice Number on Check)
McDonough Marine Service
P.O. Box 919227
Dallas, TX 75391-9227
E-mail: Accounting-MMS@mcdonoughmarine.com



# McDONOUGH INVOICE
## Marine Service

3500 N Causeway, Ste 900 • Metairie, LA 70002
Phone: 504-780-8100 • Fax: 504-780-8200

**Bill To**

OFFSHORE SPECIALTY FABRICATORS, LLC
P O BOX 1420
HOUMA, LA 70361
ATTN: ACCOUNTS PAYABLE DEPT

Invoice No: 78008
Job No: 708438
Invoice Date: Sep 30, 2016
Terms: Due Upon Receipt

| Cust | Business Unit | Purchase Order | Job Name/Number | Ordered By: |
|---|---|---|---|---|
| 2015049 | 102 | | | Kelly Steele |

| Description | Rate / Basis | |
|---|---|---|
| Rental of MARMAC 301
09/01/2016 - 09/30/2016 | $3,000.00 / Day | $90,000.00 |
| | Subtotal: | $90,000.00 |
| | Invoice Total: | **$90,000.00** |

Additional Notes:
No tax due, barge is going to South Timb 299.

---

**Mail Payments To:**
(Include Invoice Number on Check)
McDonough Marine Service
P.O. Box 919227
Dallas, TX 75391-9227
E-mail: Accounting-MMS@mcdonoughmarine.com