Fill in this information to identify the case:

Debtor name: Offshore Specialty Fabricators, LLC
United States Bankruptcy Court for the: Southern District of TX (State)
Case number (If known): 17-35623

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2017 MM/DD/YYYY | Filing date | ☒ Operating a business ☐ Other _____ | $ 37,094.57 |
| For prior year: | From 01/01/2016 MM/DD/YYYY | to 12/31/2016 MM/DD/YYYY | ☒ Operating a business ☐ Other _____ | $ 20,789,980.57 |
| For the year before that: | From 01/01/2015 MM/DD/YYYY | to 12/31/2015 MM/DD/YYYY | ☒ Operating a business ☐ Other _____ | $ 25,923,737.21 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2017 MM/DD/YYYY | to Filing date | Scrap Sales | $ 82,692.71 |
| For prior year: | From 01/01/2016 MM/DD/YYYY | to 12/31/2016 MM/DD/YYYY | Scrap Sales | $ 86,430.61 |
| For the year before that: | From 01/01/2015 MM/DD/YYYY | to 12/31/2015 MM/DD/YYYY | Scrap Sales | $ 60,095.53 |

Official Form 207  Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  page 1

| Debtor | Offshore Specialty Fabricators, LLC | Case number (if known) | 17-35623 |
|---|---|---|---|
| | Name | | |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | See Exhibit A<br>Creditor's name<br><br>Street<br><br>City    State    ZIP Code | | $ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | Creditor's name<br><br>Street<br><br>City    State    ZIP Code | | $ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | See Exhibit B<br>Insider's name<br><br>Street<br><br>City    State    ZIP Code<br><br>Relationship to debtor | | $ | |
| 4.2. | Insider's name<br><br>Street<br><br>City    State    ZIP Code<br><br>Relationship to debtor | | $ | |

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 2

Debtor  Offshore Specialty Fabricators, LLC
Name

Case number (if known) 17-35623

## 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | Creditor's name<br>Street<br>City  State  ZIP Code | | | $ |
| 5.2. | Creditor's name<br>Street<br>City  State  ZIP Code | | | $ |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name<br>Street<br>City  State  ZIP Code | Last 4 digits of account number: XXXX– _ _ _ _ | | $ |

## Part 3: Legal Actions or Assignments

### 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | See Exhibit C<br>Case number | | Name<br>Street<br>City  State  ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Case title<br>Case number | | Name<br>Street<br>City  State  ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    Offshore Specialty Fabricators, LLC                    Case number (if known)  17-35623
          Name

## Part 4: Certain Gifts and Charitable Contributions

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | Case title | $_____ |
| Street |  | Court name and address |
| City  State  ZIP Code | Case number | Name |
|  |  | Street |
|  | Date of order or assignment | City  State  ZIP Code |

## Part 4: Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name |  |  | $_____ |
| Street |  |  |  |
| City  State  ZIP Code |  |  |  |
| Recipient's relationship to debtor |  |  |  |
| 9.2. Recipient's name |  |  | $_____ |
| Street |  |  |  |
| City  State  ZIP Code |  |  |  |
| Recipient's relationship to debtor |  |  |  |

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
|  | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. |  |  |
|  | List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). |  |  |
|  |  |  | $_____ |

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 4

Debtor    Offshore Specialty Fabricators, LLC    Case number (if known) 17-35623
          Name

## Part 6: Certain Payments or Transfers

### 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Diamond McCarthy | | 9/8/2017 | $ 7,500.00 |

**Address**
909 Fannin, 37th Floor
Street
Two Houston Center
Houston          TX    77010
City             State  ZIP Code

**Email or website address**
www.diamondmccarthy.com

**Who made the payment, if not debtor?**
Pisco Porton, LLC

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |

**Address**

Street

City          State   ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| Trustee | | | |

Debtor   Offshore Specialty Fabricators, LLC           Case number (if known)  17-35623
         Name

## Part 7: Previous Locations

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | See Exhibit D | | | $ |
| | Address | | | |
| | Street | | | |
| | City   State   ZIP Code | | | |
| | Relationship to debtor | | | |
| 13.2. | Who received transfer? | | | $ |
| | Address | | | |
| | Street | | | |
| | City   State   ZIP Code | | | |
| | Relationship to debtor | | | |

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy | | |
|---|---|---|---|---|
| 14.1. | 13430 Northwest Frwy, Ste 900 | From | 10/2016 | To 7/2017 |
| | Street | | | |
| | Houston   TX   77040 | | | |
| | City   State   ZIP Code | | | |
| 14.2. | 115 Menard Road | From | 1988 | To 10/2016 |
| | Street | | | |
| | Houma   LA   70361 | | | |
| | City   State   ZIP Code | | | |

Official Form 207   Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   page 6

Debtor   Offshore Specialty Fabricators, LLC   Case number (if known) 17-35623

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. Facility name | | |
| Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? Check all that apply: ☐ Electronically ☐ Paper |
| City  State  ZIP Code | | |
| 15.2. Facility name | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? Check all that apply: ☐ Electronically ☐ Paper |
| City  State  ZIP Code | | |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?
☐ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
Yes. Does the debtor serve as plan administrator?

☒ No. Go to Part 10.
☐ Yes. Fill in below:

Name of plan _____   Employer identification number of the plan
EIN: __ __ - __ __ __ __ __ __ __

Has the plan been terminated?
☐ No
☐ Yes

Debtor  Offshore Specialty Fabricators, LLC          Case number (if known)  17-35623
        Name

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Name / Street / City State ZIP Code | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | | $_____ |
| 18.2. | Name / Street / City State ZIP Code | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name / Street / City State ZIP Code | Address | | ☐ No ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name / Street / City State ZIP Code | Address | | ☐ No ☐ Yes |

Debtor  Offshore Specialty Fabricators, LLC
      Name

Case number (if known) 17-35623

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name / Street / City State ZIP Code | | | $ |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title / Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name / Street / City State ZIP Code | | ☐ Pending ☐ On appeal ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name / Street / City State ZIP Code | Name / Street / City State ZIP Code | | |

Debtor: Offshore Specialty Fabricators, LLC

Case number (if known): 17-35623

### 24. Has the debtor notified any governmental unit of any release of hazardous material?

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City State ZIP Code | City State ZIP Code | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

### 25. Other businesses in which the debtor has or has had an interest

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1 | Name<br>Street<br>City State ZIP Code | | EIN: __ __ - __ __ __ __ __ __ __<br>Dates business existed<br>From _____ To _____ |
| 25.2 | Name<br>Street<br>City State ZIP Code | | EIN: __ __ - __ __ __ __ __ __ __<br>Dates business existed<br>From _____ To _____ |
| 25.3 | Name<br>Street<br>City State ZIP Code | | EIN: __ __ - __ __ __ __ __ __ __<br>Dates business existed<br>From _____ To _____ |

Debtor   Offshore Specialty Fabricators, LLC
Name

Case number (if known) 17-35623

## 26. Books, records, and financial statements

**26a** List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

**26a.1**
Name and address
Name: See Exhibit E
Street:
City:    State:    ZIP Code:

Dates of service
From _____   To _____

**26a.2**
Name and address
Name:
Street:
City:    State:    ZIP Code:

Dates of service
From _____   To _____

**26b.** List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

**26b.1**
Name and address
Name: Bourgeois Bennett
Street: 1340 W Tunnel Blvd.
City: Houma    State: LA    ZIP Code: 70360

Dates of service
From 2014   To 2015

**26b.2**
Name and address
Name: William Billman and Tambrey Naron
Street: 20445 State Highway 249, Ste 280
City: Houston,    State: TX    ZIP Code: 77070

Dates of service
From 10/2016   To current

**26c.** List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

**26c.1**
Name and address
Name: Melanie Unbehagen
Street: 245 Lake Mechant Court
City: Houma    State: LA    ZIP Code: 70360

If any books of account and records are unavailable, explain why

Official Form 207   Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   page 11

Debtor  Offshore Specialty Fabricators, LLC
Name

Case number (if known) 17-35623

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2 | William Billman and Tambrey Naron<br>Name<br>20445 State Highway 249<br>Street<br>Houston                                    TX     77070<br>City                                        State      ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

Name and address

26d.1.
Name
Street
City                State            ZIP Code

Name and address

26d.2.
Name
Street
City                State            ZIP Code

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

Name and address of the person who has possession of inventory records

27.1.
Name
Street
City                State            ZIP Code

Debtor  Offshore Specialty Fabricators, LLC          Case number (if known) 17-35623
        Name

Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory
_____ | _____ | $_____

Name and address of the person who has possession of inventory records

27.2.
Name _____
Street _____
City _____ State _____ ZIP Code _____

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| William M. Kallop | 1708 River Oaks Blvd, Houston, TX | Owner & Managing Member | 100 |
| Tambrey T. Naron | 7010 S Cross Lane, Spring, Tx | CEO | 0 |
| William Billman | 6019 Camellia Street, Houston, TX | COO | 0 |
| David Weinhoffer | 1635 Wrenwood Lks, Houston, TX | CRO | 0 |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?
☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Steve Williams | | CEO | From 5/16 To 10/16 |
| Eric Trosclair | | In-House Counsel | From 5/16 To 10/16 |
| Chris Winger | | CFO | From 5/16 To 10/16 |
| | | | From ____ To ____ |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?
☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Tambrey T. Naron | $100,000 | 10/16-10/17 | salary |
| Name 7010 S Cross Lane | | | |
| Street Spring   TX   77379 | | | |
| City   State   ZIP Code | | | |
| Relationship to debtor CEO | | | |

Official Form 207   Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   page 13

Debtor  Offshore Specialty Fabricators, LLC
Name

Case number (if known) 17-35623

| | | | |
|---|---|---|---|
| 30.2 | Name and address of recipient<br>William Billman<br>Name<br>6019 Camellia St.<br>Street<br>Houston, TX<br>City  State  ZIP Code<br><br>Relationship to debtor<br>COO | $250,000 | 10/16-10/17  salary |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☐ No
☒ Yes. Identify below.

Name of the parent corporation: Offshore Domestic Group

Employer Identification number of the parent corporation
EIN: 7 2 - 1 4 8 8 9 9 5

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☒ No
☐ Yes. Identify below.

Name of the pension fund: _____

Employer Identification number of the pension fund
EIN: __ __ - __ __ __ __ __ __ __

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/2/2017
MM / DD / YYYY

X /s/ Tambrey T. Naron
Signature of individual signing on behalf of the debtor

Printed name Tambrey T. Naron

Position or relationship to debtor CEO

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☒ Yes

**EXHIBIT A**  Cause No. 17-35623
**OFFSHORE SPECIALTY FABRICATORS, LLC**
**SOFA Part 2 #3**
Payments Within 90 Days before filing the case

| Date | Check # | Vendor | Amount | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| 7/5/2017 | 902126 | FUELMAN FLEET CARD | 2.00 | 555 EAST AIRTEX DRIVE | | HOUSTON | TX | 77073 |
| 7/7/2017 | 63426 | BIZZUKA, INC | 150.00 | 105 CHAPEL DRIVE | | Lafayette | LA | 70506 |
| 7/7/2017 | 63422 | COMPUTER SALES & SVC INC dba TRI-PARISH.NET | 1,007.85 | 1162 BARROW ST | | HOUMA | LA | 70360 |
| 7/7/2017 | 63429 | EXPERT TECHNOLOGY | 511.51 | 15063 EAST MAIN STREET | | Cut Off | LA | 70345 |
| 7/7/2017 | 63424 | LOIS OFFICE CLEANING | 230.00 | 248 LOWER COUNTRY DRIVE | | BOURG | LA | 70343 |
| 7/7/2017 | 902127 | ELITE BUSINESS SOLUTIONS | 100,000.00 | 8765 SPRING CYPRESS | SUITE L-206 | Spring | TX | 77379 |
| 7/7/2017 | 63420 | BLUE CROSS & BLUE SHIELD OF LOUISIANA | 5,494.44 | Attn: Accounts Receivable/ASO | P.O. Box 98029 | Baton Rouge | LA | 70898-9029 |
| 7/7/2017 | 63427 | JENNIFER L. BROUUSARD dba EXTERIOR DESIGNS LAWN/ | 200.00 | LANDSCAPE MAINTENANCE, LLC | P.O. BOX 509 | Houma | LA | 70361 |
| 7/7/2017 | 63431 | PITNEY BOWES GLOBAL FINANCIAL SERVICES, LLC | 418.02 | P.O. BOX 371887 | | PITTSBURGH | PA | 152507887 |
| 7/7/2017 | 63419 | CONSOLIDATED WATERWORKS D | 590.53 | P.O. BOX 630 | | HOUMA | LA | 70361 |
| 7/7/2017 | 63425 | VERIZON WIRELESS | 625.91 | P.O. BOX 660108 | | DALLAS | TX | 752660108 |
| 7/7/2017 | 63421 | FEDERAL EXPRESS CORP. | 29.22 | P.O. BOX 660481 | | DALLAS | TX | 752660481 |
| 7/7/2017 | 63423 | DS WATERS OF AMERICA, INCdba KENTWOOD SPRINGS | 310.98 | P.O. BOX 660579 | | DALLAS | TX | 752660579 |
| 7/7/2017 | 63428 | WASTE PRO OF LA, INC.612-WASTE PRO- CAJUN COUNTR | 350.00 | P.O. Box 865487 | | Orlando | FL | 32886-5487 |
| 7/7/2017 | 902128 | KOCH & SCHMIDT, LLC | 5,000.00 | 650 POYDRAS STREET | SUITE 2660 | New Orleans | LA | 70130 |
| 7/7/2017 | 63430 | THE PITNEY BOWES BACK INC PURCHASE POWER | 59.99 | P.O. BOX 371874 | | PITTSBURGH | PA | 152507874 |
| 7/13/2017 | 63432 | RONALD HAVARD C/O KYLE FINDELY, ARNOLD AND ITKIN | 450.00 | 6009 MEMORIAL DRIVE | | HOUSTON | TX | 77007 |
| 7/13/2017 | 63433 | TIDELANDS CLAIM MANAGEMENT, LLC | 300.00 | 610 S. TYLER STREET | | Covington | LA | 70433 |
| 7/21/2017 | 63437 | PHOENIX OFFSHORE SOLUTIONS, LLC | 4,140.00 | 116 KOL DR | | Broussard | LA | 70518 |
| 7/21/2017 | 902128 | ELITE BUSINESS SOLUTIONS | 85,015.56 | 8765 SPRING CYPRESS | SUITE L-206 | Spring | TX | 77379 |
| 7/21/2017 | 63434 | BLUE CROSS & BLUE SHIELD OF LOUISIANA | 41,098.84 | Attn: Accounts Receivable/ASO | P.O. Box 98029 | Baton Rouge | LA | 70898-9029 |
| 7/21/2017 | 63436 | ENCORE WELLHEAD SYSTEMS, LLC | 5,250.00 | P.O. BOX 27380 | | Houston | TX | 77227 |
| 7/21/2017 | 63438 | C & G BOATS, INC | 3,200.00 | P.O. BOX 789 | | Golden Meadow | LA | 70357 |
| 7/21/2017 | 63435 | ENTERGY LOUISIANA, LLC | 13,061.91 | P.O. BOX 8108 | | BATON ROUGE | LA | 708918108 |
| 7/28/2017 | 63446 | LOIS OFFICE CLEANING | 871.69 | 248 LOWER COUNTRY DRIVE | | BOURG | LA | 70343 |
| 7/28/2017 | 63456 | BLUE WATER CORPORATE HOUSING | 2,750.00 | 435 CORPORATE DRIVE, | SUITE 103 | Houma | LA | 70360 |
| 7/28/2017 | 63457 | BLUE WATER CORPORATE HOUSING | 2,650.00 | 435 CORPORATE DRIVE, | SUITE 103 | Houma | LA | 70360 |
| 7/28/2017 | 63450 | RONALD HAVARD C/O KYLE FINDELY, ARNOLD AND ITKIN | 480.00 | 6009 MEMORIAL DRIVE | | HOUSTON | TX | 77007 |
| 7/28/2017 | 63455 | TIDELANDS CLAIM MANAGEMENT, LLC | 800.00 | 610 S. TYLER STREET | | Covington | LA | 70433 |
| 7/28/2017 | 63441 | BLUE CROSS & BLUE SHIELD OF LOUISIANA | 3,270.63 | Attn: Accounts Receivable/ASO | P.O. Box 98029 | Baton Rouge | LA | 70898-9029 |
| 7/28/2017 | 63452 | JENNIFER L. BROUUSARD dba EXTERIOR DESIGNS LAWN/ | 200.00 | LANDSCAPE MAINTENANCE, LLC | P.O. BOX 509 | Houma | LA | 70361 |
| 7/28/2017 | 63442 | DIRECTV, INC | 30.00 | P.O. BOX 105249 | | Atlanta | GA | 30348-5249 |
| 7/28/2017 | 63449 | DISA, INC | 723.00 | P.O. BOX 120314 | DEPT. 890314 | DALLAS | TX | 753120314 |
| 7/28/2017 | 63451 | ELLENDALE COUNTRY CLUB, INC | 400.39 | P.O. BOX 22 | | Houma | LA | 70361 |
| 7/28/2017 | 63444 | SOUTH LA. ELECTRICAL COOP | 2,138.87 | P.O. BOX 4037 | | HOUMA | LA | 70361 |
| 7/28/2017 | 63447 | TERMINIX PEST CONTROL INC | 400.00 | P.O. BOX 6001 | | HOUMA | LA | 70361 |
| 7/28/2017 | 63440 | CINTAS CORPORATION | 407.54 | P.O. BOX 650838 | | DALLAS | TX | 752650838 |
| 7/28/2017 | 63448 | VERIZON WIRELESS | 616.48 | P.O. BOX 660108 | | DALLAS | TX | 752660108 |
| 7/28/2017 | 63443 | FEDERAL EXPRESS CORP. | 36.51 | P.O. BOX 660481 | | DALLAS | TX | 752660481 |
| 7/28/2017 | 63445 | DS WATERS OF AMERICA, INCdba KENTWOOD SPRINGS | 309.83 | P.O. BOX 660579 | | DALLAS | TX | 752660579 |
| 7/28/2017 | 63453 | WAGEWORKS, INC | 80.40 | P.O. BOX 8363 | | Pasadena | CA | 91109-8363 |
| 7/28/2017 | 63454 | WASTE PRO OF LA, INC.612-WASTE PRO- CAJUN COUNTR | 340.00 | P.O. Box 865487 | | Orlando | FL | 32886-5487 |
| 7/28/2017 | 63439 | WAL-MART STORES EAST, LP WAL-MART LOUISIANA, LLC | 2,384.72 | P.O. BOX 530934 | | ATLANTA | GA | 303530934 |
| 8/3/2017 | 902129 | PREMIUM ASSIGNMENT CORP | 6,027.14 | C/O UPSTREAM BROKERS | 2020 N. MEMORIAL | Houston | TX | 77007-8320 |
| 8/4/2017 | 63463 | BIZZUKA, INC | 150.00 | 105 CHAPEL DRIVE | | Lafayette | LA | 70506 |
| 8/4/2017 | 63461 | COMPUTER SALES & SVC INC dba TRI-PARISH NET | 992.92 | 1162 BARROW ST | | HOUMA | LA | 70360 |
| 8/4/2017 | 63465 | EXPERT TECHNOLOGY | 511.51 | 15063 EAST MAIN STREET | | Cut Off | LA | 70345 |
| 8/4/2017 | 63462 | LOIS OFFICE CLEANING | 1,075.98 | 248 LOWER COUNTRY DRIVE | | BOURG | LA | 70343 |
| 8/4/2017 | 63460 | KEN BUNDY | 120.00 | 6503 AMBERCREST COURT | | Spring | TX | 77389 |
| 8/4/2017 | 902130 | ELITE BUSINESS SOLUTIONS | 152,949.65 | 8765 SPRING CYPRESS | SUITE L-206 | Spring | TX | 77379 |
| 8/4/2017 | 63464 | ELLENDALE COUNTRY CLUB, INC | 418.27 | P.O. BOX 22 | | Houma | LA | 70361 |
| 8/4/2017 | 63458 | CONSOLIDATED WATERWORKS D | 307.56 | P.O. BOX 630 | | HOUMA | LA | 70361 |
| 8/4/2017 | 63459 | FEDERAL EXPRESS CORP. | 29.15 | P.O. BOX 660481 | | DALLAS | TX | 752660481 |
| 8/8/2017 | 63467 | TIMCYN CONSULTING, LP | 9,000.00 | 14735 QUAIL GROVE LN. | | Houston | TX | 77079 |
| 8/8/2017 | 902131 | KOCH & SCHMIDT, LLC | 50,000.00 | 650 POYDRAS STREET | SUITE 2660 | New Orleans | LA | 70130 |
| 8/8/2017 | 63466 | BILLMAN OIL & GAS MANAGEMENT | 11,100.00 | 6019 CAMELLIA ST. | | HOUSTON | TX | 77007 |
| 8/8/2017 | 902132 | PHELPS DUNBAR | 50,000.00 | P.O. BOX 974798 | | DALLAS | TX | 753974798 |
| 8/16/2017 | 902133 | JACKSON WALKER, LLP | 5,556.25 | P.O. BOX 130989 | | Dallas | TX | 75313-0989 |
| 8/17/2017 | 63476 | MICKEL HAHN | 450.00 | 1344 Cenora Lane | | Hixson | TN | 37343 |
| 8/17/2017 | 63477 | RICHARD JACKSON | 300.00 | 22 PREACHER POWELL RD. | | CARRIERE | MS | 39426 |
| 8/17/2017 | 63474 | RONALD HAVARD C/O KYLE FINDELY, ARNOLD AND ITKIN | 450.00 | 6009 MEMORIAL DRIVE | | HOUSTON | TX | 77007 |
| 8/17/2017 | 902134 | ELITE BUSINESS SOLUTIONS | 137,462.44 | 8765 SPRING CYPRESS | SUITE L-206 | Spring | TX | 77379 |
| 8/17/2017 | 63475 | JENNIFER L. BROUUSARD dba EXTERIOR DESIGNS LAWN/ | 200.00 | LANDSCAPE MAINTENANCE, LLC | P.O. BOX 509 | Houma | LA | 70361 |
| 8/17/2017 | 63472 | A-1 PROFESSIONAL ANSWERNGSERVICE, INC | 128.00 | P.O. BOX 2852 | | LAFAYETTE | LA | 705022852 |
| 8/17/2017 | 63473 | TERMINIX PEST CONTROL INC | 200.00 | P.O. BOX 6001 | | HOUMA | LA | 70361 |
| 8/17/2017 | 63471 | SIRIUS XM RADIO | 151.97 | P.O. BOX 78054 | | PHOENIX | AZ | 850628054 |
| 8/17/2017 | 63470 | ISN SOFTWARE CORPORATION | 3,960.00 | P.O. BOX 841808 | | DALLAS | TX | 752841808 |
| 8/17/2017 | 63468 | CLASSIC BUSINESS PRODUCTS | 745.88 | 7828 HWY 182 EAST | | MORGAN CITY | LA | 70380 |
| 8/17/2017 | 63469 | CINTAS CORPORATION | 480.56 | P.O. BOX 650838 | | DALLAS | TX | 752650838 |
| 8/22/2017 | 902135 | ELITE BUSINESS SOLUTIONS | 15,200.00 | 8765 SPRING CYPRESS | SUITE L-206 | Spring | TX | 77379 |
| 8/22/2017 | 63481 | DS WATERS OF AMERICA, INCdba KENTWOOD SPRINGS | 242.93 | P.O. BOX 660579 | | DALLAS | TX | 752660579 |
| 8/22/2017 | 63482 | WAGEWORKS, INC | 77.99 | P.O. BOX 8363 | | Pasadena | CA | 91109-8363 |
| 8/22/2017 | 63478 | BLUE CROSS & BLUE SHIELD OF LOUISIANA | 9,198.08 | P.O. Box 98029 | | Baton Rouge | LA | 70898-9029 |
| 8/22/2017 | 63480 | ENTERGY LOUISIANA, LLC | 12,536.09 | P.O. BOX 8108 | | BATON ROUGE | LA | 708918108 |
| 8/22/2017 | 63479 | DIRECTV, INC. | 34.25 | P.O. BOX 105249 | | Atlanta | GA | 30348-5249 |
| 8/28/2017 | 63488 | MICKEL HAHN | 480.00 | 1344 Cenora Lane | | Hixson | TN | 37343 |
| 8/28/2017 | 63489 | RICHARD JACKSON | 320.00 | 22 PREACHER POWELL RD. | | CARRIERE | MS | 39426 |
| 8/28/2017 | 63486 | BLUE WATER CORPORATE HOUSING | 2,650.00 | 435 CORPORATE DRIVE, | SUITE 103 | Houma | LA | 70360 |
| 8/28/2017 | 63485 | RONALD HAVARD C/O KYLE FINDELY, ARNOLD AND ITKIN | 480.00 | 6009 MEMORIAL DRIVE | | HOUSTON | TX | 77007 |
| 8/28/2017 | 63483 | SOUTH LA. ELECTRICAL COOP | 2,227.73 | P.O. BOX 4037 | | HOUMA | LA | 70361 |
| 8/28/2017 | 63484 | VERIZON WIRELESS | 446.53 | P.O. BOX 660108 | | DALLAS | TX | 752660108 |
| 8/28/2017 | 63487 | WASTE PRO OF LA, INC 612-WASTE PRO- CAJUN COUNTR | 350.00 | P.O. Box 865487 | | Orlando | FL | 32886-5487 |
| 9/1/2017 | 902136 | ELITE BUSINESS SOLUTIONS | 71,987.70 | 8765 SPRING CYPRESS | SUITE L-206 | Spring | TX | 77379 |

| Date | Check # | Payee | Amount | Address | | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| 9/1/2017 | 63490 | ACADIAN AMBULANCE SERVICE dba ACADIAN TOTAL SECU | 615.20 | P.O. BOX 93444 | | LAFAYETTE | LA | 70509 |
| 9/11/2017 | 63502 | BIZZUKA, INC | 150.00 | 105 CHAPEL DRIVE | | Lafayette | LA | 70506 |
| 9/11/2017 | 63494 | COMPUTER SALES & SVC INC dba TRI-PARISH.NET | 992.92 | 1162 BARROW ST | | HOUMA | LA | 70360 |
| 9/11/2017 | 63504 | EXPERT TECHNOLOGY | 511.51 | 15063 EAST MAIN STREET | | Cut Off | LA | 70345 |
| 9/11/2017 | 63498 | LOIS OFFICE CLEANING | 876.54 | 248 LOWER COUNTRY DRIVE | | BOURG | LA | 70343 |
| 9/11/2017 | 63495 | AT&T | 1,411.61 | P.O. BOX 105262 | | ATLANTA | GA | 303485262 |
| 9/11/2017 | 63496 | AT&T | 97.58 | P.O. BOX 105262 | | ATLANTA | GA | 303485262 |
| 9/11/2017 | 63501 | DISA, INC | 341.00 | P.O. BOX 120314 | DEPT. 890314 | DALLAS | TX | 753120314 |
| 9/11/2017 | 63503 | ELLENDALE COUNTRY CLUB, INC | 846.70 | P.O. BOX 22 | | Houma | LA | 70361 |
| 9/11/2017 | 63499 | A-1 PROFESSIONAL ANSWERNGSERVICE, INC | 128.00 | P.O. BOX 2852 | | LAFAYETTE | LA | 705022852 |
| 9/11/2017 | 63500 | TERMINIX PEST CONTROL INC | 200.00 | P.O. BOX 6001 | | HOUMA | LA | 70361 |
| 9/11/2017 | 63497 | DS WATERS OF AMERICA, INC dba KENTWOOD SPRINGS | 244.16 | P.O. BOX 660579 | | DALLAS | TX | 752660579 |
| 9/11/2017 | 63491 | WAL-MART STORES EAST, LP WAL-MART LOUISIANA, LLC | 582.70 | P.O. BOX 530934 | | ATLANTA | GA | 303530934 |
| 9/11/2017 | 63492 | CINTAS CORPORATION | 407.54 | P.O. BOX 650838 | | DALLAS | TX | 752650838 |
| 9/11/2017 | 63493 | CONSOLIDATED WATERWORKS D | 115.88 | P.O. BOX 630 | | HOUMA | LA | 70361 |
| 9/11/2017 | 63505 | HOUMA BEARING SERVICE | 47.18 | 1881 GRAND CAILLOU ROAD | | Houma | LA | 70363 |
| 9/11/2017 | 902137 | VICTORY PARK MANAGEMENT | 50,000.00 | 227 West Monroe Street | Suite 3900 | Chicago | IL | 60606 |
| 9/13/2017 | 902138 | VICTORY PARK MANAGEMENT | 50,000.00 | 227 West Monroe Street | Suite 3900 | Chicago | IL | 60606 |
| 9/15/2017 | 63512 | MICKEL HAHN | 450.00 | 1344 Cenora Lane | | Hixson | TN | 37343 |
| 9/15/2017 | 63513 | RICHARD JACKSON | 300.00 | 22 PREACHER POWELL RD. | | CARRIERE | MS | 39426 |
| 9/15/2017 | 63511 | RONALD HAVARD C/O KYLE FINDELY, ARNOLD AND ITKIN | 450.00 | 6009 MEMORIAL DRIVE | | HOUSTON | TX | 77007 |
| 9/15/2017 | 63507 | BLUE CROSS & BLUE SHIELD OF LOUISIANA | 5,236.26 | P.O. Box 98029 | | Baton Rouge | LA | 70898-9029 |
| 9/15/2017 | 63508 | BLUE CROSS & BLUE SHIELD OF LOUISIANA | 7,351.37 | P.O. Box 98029 | | Baton Rouge | LA | 70898-9029 |
| 9/15/2017 | 63509 | DIRECTV, INC | 94.25 | P.O. BOX 105249 | | Atlanta | GA | 30348-5249 |
| 9/15/2017 | 63510 | LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY | 5,444.80 | P.O. BOX 4311 | | Baton Rouge | LA | 708214311 |
| 9/18/2017 | 902139 | ELITE BUSINESS SOLUTIONS | 63,379.78 | 8765 SPRING CYPRESS | SUITE L-206 | Spring | TX | 77379 |
| 9/19/2017 | 63514 | ENTERGY LOUISIANA, LLC | 12,501.26 | P.O. BOX 8108 | | BATON ROUGE | LA | 708918108 |
| 9/20/2017 | 902140 | KOCH & SCHMIDT, LLC | 5,000.00 | 650 POYDRAS STREET | SUITE 2660 | New Orleans | LA | 70130 |
| 9/28/2017 | 63517 | MICKEL HAHN | 450.00 | 1344 Cenora Lane | | Hixson | TN | 37343 |
| 9/28/2017 | 63518 | RICHARD JACKSON | 300.00 | 22 PREACHER POWELL RD. | | CARRIERE | MS | 39426 |
| 9/28/2017 | 63516 | BLUE WATER CORPORATE HOUSING | 2,650.00 | 435 CORPORATE DRIVE, | SUITE 103 | Houma | LA | 70360 |
| 9/28/2017 | 63515 | RONALD HAVARD C/O KYLE FINDELY, ARNOLD AND ITKIN | 450.00 | 6009 MEMORIAL DRIVE | | HOUSTON | TX | 77007 |
| 9/29/2017 | 63522 | COMPUTER SALES & SVC INC dba TRI-PARISH.NET | 1,007.81 | 1162 BARROW ST | | HOUMA | LA | 70360 |
| 9/29/2017 | 902141 | ELITE BUSINESS SOLUTIONS | 61,538.49 | 8765 SPRING CYPRESS | SUITE L-206 | Spring | TX | 77379 |
| 9/29/2017 | 63524 | JENNIFER L. BROUUSARD dba EXTERIOR DESIGNS LAWN/ | 200.00 | LANDSCAPE MAINTENANCE, LLC | P.O. BOX 509 | Houma | LA | 70361 |
| 9/29/2017 | 63521 | SOUTH LA. ELECTRICAL COOP | 2,358.87 | P.O. BOX 4037 | | HOUMA | LA | 70361 |
| 9/29/2017 | 63523 | VERIZON WIRELESS | 421.98 | P.O. BOX 660108 | | DALLAS | TX | 752660108 |
| 9/29/2017 | 63525 | WAGEWORKS, INC | 82.81 | P.O. BOX 8363 | | Pasadena | CA | 91109-8363 |
| 9/29/2017 | 63526 | WASTE PRO OF LA, INC 612-WASTE PRO- CAJUN COUNTR | 1,062.65 | P.O. Box 865487 | | Orlando | FL | 32886-5487 |
| 9/29/2017 | 63519 | BLUE CROSS & BLUE SHIELD OF LOUISIANA | 7,582.31 | P.O. Box 98029 | | Baton Rouge | LA | 70898-9029 |
| 9/29/2017 | 63520 | FEDERAL EXPRESS CORP. | 19.66 | P.O. BOX 660481 | | DALLAS | TX | 752660481 |
| | | TOTAL | 1,121,286.22 | | | | | |

| EXHIBIT B | Cause No. 17-35623 | |
|---|---|---|
| OFFSHORE SPECIALTY FABRICATORS, LLC | | |
| SOFA Part 2 #4  Payments to Affiliates or Insiders | | |
| DESCRIPTION | DATE | AMOUNT |
| Bank Charges - OE | 10/31/16 | 3,924.94 |
| Bank Charges - OE | 11/30/16 | 402.12 |
| Medical Rebills - OE | 11/30/16 | 4,832.33 |
| Bank Charges - OE | 12/31/16 | 1,505.12 |
| Medical Rebills - OE | 12/31/16 | 15,716.59 |
| Transfers to OE | 01/31/17 | 393,700.00 |
| Bank Charges - OE | 01/31/17 | 638.70 |
| Delaware Sec of State ( OSS) | 07/31/17 | 1,135.00 |
| Medical Payment - Pisco Porton | 07/31/17 | 4,955.61 |
| I/C Transfer to OE | 09/29/17 | 13,000.00 |
| Medical Rebill - Inv. 3902- Pisco Porton | 10/31/16 | 50,292.97 |
| Medical Rebill - Inv. 3904 - Pisco Porton | 11/30/16 | 904.35 |
| Medical Rebill - Inv. 3905 - Pisco Porton | 12/31/16 | 1,424.19 |
| Medical Rebill - Inv. 3908 - Pisco Porton | 01/31/17 | 4,031.18 |
| Medical Rebill - Inv. 3910 - Pisco Porton | 02/28/17 | 1,016.69 |
| Verizon (Ken Stockel) ODG | 11/30/16 | 114.09 |
| CSC - ODG | 12/01/16 | 106.80 |
| State of Delaware - ODG | 12/31/16 | 300.00 |
| Verizon (Ken Stockel) - ODG | 12/31/16 | 207.86 |
| Verizon (Ken Stockel) - ODG | 01/31/17 | 105.12 |
| Verizon (Ken Stockel) - ODG | 02/28/17 | 102.63 |
| Verizon (Ken Stockel) - ODG | 03/31/17 | 104.55 |
| Verizon (Ken Stockel) - ODG | 04/30/17 | 104.62 |
| Verizon (Ken Stockel) - ODG | 05/31/17 | 104.37 |
| Verizon (Ken Stockel) - ODG | 07/25/17 | 107.15 |
| Verizon (Ken Stockel) - ODG | 08/18/17 | 118.18 |
| Verizon (Ken Stockel) - ODG | 09/21/17 | 104.61 |
| Petty Cash Reimbursements- AVID | 09/30/17 | 835.53 |
| Petty Cash Reimbursements-AVID | 09/30/17 | 71.59 |
| Fed-Ex - AVID | 02/02/17 | 51.59 |
| Fuelman - AVID | 02/18/17 | 42.14 |
| Mike Summers expenses - AVID | 02/28/17 | 86.62 |
| February payroll - AVID | 02/28/17 | 12,409.37 |
| March payroll - AVID | 03/31/17 | 22,174.18 |
| Fed-Ex - AVID | 03/31/17 | 13.42 |
| Fed-Ex - AVID | 03/31/17 | 130.87 |
| Fuelman - AVID | 03/31/17 | 43.10 |
| April paryoll - AVID | 04/30/17 | 21,345.46 |
| Fed-Ex - AVID | 04/30/17 | 122.11 |
| Fuelman - AVID | 04/30/17 | 50.83 |
| May payroll - AVID | 05/31/17 | 4,669.79 |
| Fed Ex - AVID | 05/31/17 | 12.01 |
| May payroll -AVID | 05/31/17 | 7,640.92 |
| June payroll - AVID | 06/30/17 | 7,702.23 |
| I/C Transfer AVID | 06/23/17 | 2,000.00 |
| July payroll - AVID | 07/31/17 | 1,491.59 |
| Natita USCG COFR - AVID | 08/31/17 | 100.00 |
| Mystere USCG COFR - AVID | 08/31/17 | 100.00 |
| Blue Cross - AVID | 09/15/17 | 1,464.43 |
| Blue Cross - AVID | 09/29/17 | 235.05 |
| Blue Cross - AVID | 09/29/17 | 307.47 |
| TOTAL | | 582,160.07 |

**EXHIBIT C**  Cause No. 17-35623
**OFFSHORE SPECIALTY FABRICATORS, LLC**
**SOFA Part 3 Legal Actions or Assignments**
**PERSONAL INJURY CLAIMS**

| Job Number | Sub Job Number | Job Description | Date of Accident | Where? | Status |
|---|---|---|---|---|---|
| ZZR.00 | CM | Christopher Layfield | Aug & Sept.2007 | Swing | Lawsuit-administrativly closed |
| ZZR.00 | BH | NORLITO YBANEZ | 2/19/2008 | DB SWING | In appreals process- have not received any decision from the Supreme Court with respect to our Petition for Certiorari |
| ZZR.00 | CS | EARNEST PIPKINS | 10/29/2012 | Swing | Lawsuit file 10/29/13-outstanding medicals to pay |
| ZZR.00 | CT | PETER JORGE VOCES | 10/27/2013 | Kallop | 8/17/16: Judge denied motion for a new trial- BSEE investigation |
| ZZR.00 | CU | Ronald Havard | 1/24/2014 | BETTY G | Lawsuit-Phelps Dunbar handling |
| ZZR.00 | CV | DOMINGO SADIA | 10/21/2013 | LIGHTNING EXPRESS | Phelps Dunbar handling-8/3/14 outstanding medicals to pay |
| ZZR.00 | CX | Bertrand Murray | 9/22/2014 | DBK | Tidelands handling/Spagnoletti- outstanding legal and professional fees |
| ZZR.00 | CZ | William Sanders-Encore | 2/20/2015 | DBK | Settled for $32,000- not OSF Funds- 12/19/16 |
| ZZR.00 | DA | Chevron Platform-Arena | 6/7/2015 | DBK | Underwriters handling-atty and inspection- OSF owe $50,000 deductible |
| ZZR.00 | DB | Richard/Hoarau, Gavin-Offsho | 7/2/2015 | DBK | LAWSUIT- Kevin Lavie-Tidelands handling medical |
| ZZR.00 | DD | Charles Armstrong, III | 5/6/2015 | DBK | LAWSUIT- Armstrong hired atty, Pierre investigating, K Lavie representing OSF-Judge ruled we didn't have to pay Maint. |
| ZZR.00 | DF | Mickel Hahn | 9/8/2015 | DBK | Lawsuit-K Lavie Representing OSF |
| N/A | N/A | David Scott | 3/3/2017 | DBS | OSF responsible to pay maint & cure until MMI according to Underwriters. |
| N/A | N/A | Kenneth Payne | 6/13/2015 | DBK | 3rd party incident- Encore picked up our D&I, Phelps Dunbar handling |
| N/A | N/A | Allen Smith | 6/30/2016 | DBS | Underwriters assigned Robert Clotworthy of Baker, Donelson, Bearman to handle |
| N/A | N/A | Robert Quiroz | 8/8/2016 | DBS | Underwriters assigned Robert Clotworthy- Baker, Donelson, Bearman to handle case |
| N/A | N/A | Derick Diggs | 7/24/2016 | DBK | 3/31/17: rec. suit~ 3/28/17 underwriters assigned Rufus Harris to handle |
| N/A | N/A | Jamone Jones | 7/29/2016 | DBK | Suit Filed 10/12/16- Underwriters assigned Kevin Lavie 3/28/17 |
| N/A | N/A | Brent Craver | 9/25/2016 | DBS | DHD advised they rec. notice of representation for Brent Craver.Underwriters assigned Rufus Harris |
| N/A | N/A | Spradley, John | 11/4/2016 | DBK | 3/31/17: Alexis w/Vacco, Spradley out on W/C, not suit. Underwriters assigned Robert Clotworthy |
| N/A | N/A | Murphy Trosclair | 11/24/2016 | DBK | Suit filed 2/15/17; Underwriters assigned Rufus Harris |

| LEGAL CLAIMS | COURT | DOCKET/CAUSE NO. |
|---|---|---|
| 1. Bow 2 Stern Services v. Offshore Specialty Fabricators | 32nd JDC, Terrebonne Parish | Docket No. 178529, Div. B |
| 2. Bryne, Rice & Turner, Inc. v. Offshore Specialty Fabricators | Orleans Parish CDC | Docket No. 16-5182, Div. J |
| 3. Central Boat Rentals, Inc. v. Offshore Specialty Fabricators | 16th JDC, St. Mary Parish | Docket No. 130571, Div. A Petition Filed: 01/06/17 |
| 4. Coastal Electric Supply, LLC v. Offshore Specialty Fabricators | 32nd JDC, Terrebonne Parish | Cause No. 178479, Div. D |
| 5. Complete Occupational Health Services, LLC v. Offshore Specialty Fabricators | 17th JDC, Lafourche Parish | Cause No. 132550 |
| 6. Compressed Air Systems, LLC v. Offshore Specialty Fabricators | 15th JDC, Lafayette Parish | Docket No. C-20166568 J |
| 7. Eaton Oil Tools, Inc. v. Offshore Specialty Fabricators | 32nd JDC, Terrebonne Parish | Docket No. 179769, Div. E |
| 8. Highland Transport v. Offshore Specialty Fabricators | 32nd JDC, Terrebonne Parish | Docket No. 179108, Div. C |
| 9. Occupational Medicine Services, LLC v. Offshore Specialty Fabricators | City Court of Houma | Docket No. C-171345 |
| 10. Redfish Rentals v. Offshore Specialty Fabricators | 32nd JDC, Terrebonne Parish | Docket No. 178592, Div. C |
| 11. Richard Jackson v. Offshore Specialty Fabricators | 32nd JDC, Terrebonne Parish | Docket No. 128476, Div. C |
| 12. Richard's Supply, Inc. v. Offshore Specialty Fabricators | City Court of Houma | Docket No. C-171508 |
| 13. Technical Engineering V. Offshore Specialty Fabricators | 24th JDC, Jefferson Parish | Docket No. 774398, Div. N |
| 14. *DeepCor Marine, Inc. v. Montco, et al.*, No. 17-1595 c/w Nos. 17-1857, 17-2109,17-2179, 17-2824, 17-3458, and 17-5724, filed in the United States District Court for the Eastern District of Louisiana | | |
| 15. Klein Investigations & Consulting, a Division of Klein Investments, Inc. v Kallop Enterprises, LLC, et al | | U.S. District Court, Eastern District of Texas, Beaumont Division Case No. :1-17-cv-23 |

| EXHIIBIT D | | Cause No. 17-35623 | |
|---|---|---|---|
| OFFSHORE SPECIALTY FABRICATORS, LLC | | | |
| SOFA Part 6 #13 | | | |
| Transfers/Sales of Property | | | |

| Item Sold | Amount Sold for | Sold To | Date sold |
|---|---|---|---|
| M/V Betty R Gambarella | $ 250,000 | Curtin Maritime Corporation | 6/13/2016 |
| 2012 GMC Serria 1500 | $ 8,000 | Steven Adams | 6/20/2017 |
| 2004 Lexus | $ 15,400 | Texas Direct | 7/21/2017 |
| Linkbelt Crawler crane | $ 20,000 | T P Thompson | 6/28/2017 |
| 1975 Mac Dump Truck | $ 1,500 | TOBCO | 7/7/2017 |
| Deck Barge Chester Trader | $ 162,356 | Ocean Marine Recycling | 6/17/2016 |
| M/V Mr. Gilbert | $ 18,000 | Reliant Recycling | 9/1/2016 |
| Derrick Barge Raeford | $ 2,000,000 | Modern American Recycling | 2/19/2016 |
| 1999 Ford F250 | $ 100 | Terrebonne Ford | 6/16/2016 |
| 2004 Chevy Suburban | $ 4,000 | Terrebonne Ford | 6/16/2016 |
| 2005 Chevy Suburban | $ 4,000 | Terrebonne Ford | 6/16/2016 |
| 2006 Ford Van | $ 500 | Terrebonne Ford | 6/16/2016 |
| 2009 GMC Sierra | $ 10,000 | Terrebonne Ford | 6/16/2016 |
| 2009 GMC Sierra | $ 10,000 | Terrebonne Ford | 6/16/2016 |
| 2009 GMC Sierra | $ 6,000 | Terrebonne Ford | 6/16/2016 |
| 2009 GMC Sierra | $ 8,000 | Terrebonne Ford | 6/16/2016 |
| 2009 GMC Sierra | $ 11,000 | Terrebonne Ford | 6/16/2016 |
| 2011 Ford E350 Van | $ 7,000 | Terrebonne Ford | 6/16/2016 |
| 2011 GMC Sierra | $ 13,000 | Terrebonne Ford | 6/16/2016 |
| 2012 GMC Sierra | $ 11,000 | Terrebonne Ford | 6/16/2016 |
| 2011 Ford E350 Van | $ 8,000 | Terrebonne Ford | 6/16/2016 |

Total Items sold in USD    $    2,567,856

EXHIBIT E                    Cause No. 17-35623
OFFSHORE SPECIALTY FABRICATORS, LLC
SOFA - Part 13 #26

| NAME | ADDRESS | |
|---|---|---|
| Melanie Unbehagen | 245 Lake Mechant Court | Houma, LA 70360 |
| Kenneth Bourgeois | 210 Ollie Dr | Belle Chasse, LA 70037 (term date 12/31/15) |
| Harlan Belanger | 100 Sherman Street | Houma, LA 70360 |
| Rachel Remont | 372 Baptiste Circle | Houma, LA 70363 |
| Deana Corbitt | 401 Cascade Drive | Houma, LA 70364 |
| Jessica Benoit | 230 James Edison | Gray, LA 70359 |
| Jenna Fitch | 810 Cottagemill Lane | Houma, LA 70363 |
| Randall Haydel | 116 Plum Ct. | Raceland, LA 70394 |
| Tambrey Naron | 7010 S Cross Lane | Spring, TX 77379 |
| William Billman | 6019 Camellia St. | Houston, TX 77007 |