# STATE OF LOUISIANA
## Department of Environmental Quality

LA DEQ Tax ID: 72-0999270

Customer Service: 225-219-5337

Site Information: AI 11131
Offshore Specialty Fabricators LLC - North Yard
115 Menard Rd
(portion of)
Houma, LA 70363

Billing Party: 133
Attn: Accounts Payable
Offshore Speciality Fabricators LLC
PO Box 1420
Houma, LA 70363-1420

| | | |
|---|---|---|
| **Invoice Number:** 605183 | Invoice Amount: | $1,248.00 |
| Fiscal Year: 2018 | Invoice Adj | $.00 |
| Invoice Date: 09/15/2017 | Payment Adj | $.00 |
| | Payments | $.00 |
| **Due Date:** 10/15/2017 | **Balance** | **$1,248.00** |

Please see Reverse for Payment Options.

**Assessments:** LAC 33:III.223

Air, PER20060001, Air Quality Annual Fee
Permit Id: 2880-00109-01
GRP0000000001 Location:North Yard Facility; Fee Code:1280; Rate:1248; Fee:$1248
Total Assessments:   $1,248.00

---

Please Return Portion Below with Payment

Billing Contact
Attn: Accounts Payable
Offshore Speciality Fabricators LLC
PO Box 1420
Houma, LA 70363-1420

Site Information: **AI 11131**
Offshore Specialty Fabricators LLC - North Yard
115 Menard Rd
(portion of)
Houma, LA 70363

| | | |
|---|---|---|
| **Amount Due:** | | $1,248.00 |
| **After** | 10/30/2017 | $1,310.40 |
| **After** | 11/14/2017 | $1,372.80 |
| **After** | 12/14/2017 | $1,435.20 |

Invoice Number: 605183
Fiscal Year: 2018
I am paying for multiple invoices

Please indicate any billing address or billing contact corrections on the reverse side of this ticket.

Please send me the appropriate paperwork to update my company name and/or ownership to the indicated address on the reverse side of this ticket.

Make Checks Payable to:
Mail Payments to:
**Louisiana Department of Environmental Quality**
**Financial Services Division**
**PO Box 4311**
**Baton Rouge, LA 70821-4311**

Amount Paid:

XXX     0000000605183     2018     133     00011131     000124800

# STATE OF LOUISIANA
Department of Environmental Quality

LA DEQ Tax ID: 72-0999270                           Customer Service: 225-219-5337

Site Information: AI 100660
Offshore Specialty Fabricators LLC - South Yard
115 Gulf Access Rd
Houma, LA 70361

Billing Party: 133
Attn: Accounts Payable
Offshore Specialty Fabricators LLC
c/o Harlan F Belanger
115 Menard Rd
Houma, LA 70361

| | | |
|---|---|---|
| **Invoice Number:** 607274 | Invoice Amount: | $1,560.00 |
| Fiscal Year: 2018 | Invoice Adj | $.00 |
| Invoice Date: 09/15/2017 | Payment Adj | $.00 |
| | Payments | $.00 |
| **Due Date:** 10/15/2017 | **Balance** | **$1,560.00** |

Please see Reverse for Payment Options.

**Assessments:** LAC 33:III.223

Air, PER20060001, Air Quality Annual Fee
Permit Id: 2880-00374-00
GRP0000000001 Location:Not Found; Fee Code:1280; Rate:1248; Fee:$1248; Add NESHAP(25%) Subtotal:$1560
Total Assessments:   $1,560.00

Please Return Portion Below with Payment

Billing Contact
Attn: Accounts Payable
Offshore Specialty Fabricators LLC
c/o Harlan F Belanger
115 Menard Rd
Houma, LA 70361

Site Information: **AI 100660**
Offshore Specialty Fabricators LLC - South Yard
115 Gulf Access Rd
Houma, LA 70361

| | | |
|---|---|---|
| **Amount Due:** | | $1,560.00 |
| After | 10/30/2017 | $1,638.00 |
| After | 11/14/2017 | $1,716.00 |
| After | 12/14/2017 | $1,794.00 |

Invoice Number:  607274
Fiscal Year:  2018
I am paying for multiple invoices

Please indicate any billing address or billing contact corrections on the reverse side of this ticket.

Please send me the appropriate paperwork to update my company name and/or ownership to the indicated address on the reverse side of this ticket.

Make Checks Payable to:
Mail Payments to:
Louisiana Department of Environmental Quality
Financial Services Division
PO Box 4311
Baton Rouge, LA  70821-4311

Amount Paid:

,           ,          .

X X X     0000000607274     2018     133     00100660     000156000

# STATE OF LOUISIANA
Department of Environmental Quality

LA DEQ Tax ID: 72-0999270                   Customer Service: 225-219-5337

Site Information: AI 100660
Offshore Specialty Fabricators LLC - South Yard
115 Gulf Access Rd
Houma, LA 70361

Billing Party: 137
OFFSHORE SPECIALITY FABRICATOR LLC
115 MENARD ROAD
HOUMA, LA 70361

| | | | |
|---|---|---|---|
| **Invoice Number:** | NTA053267 | Invoice Amount: | $153.00 |
| Fiscal Year: | 2018 | Invoice Adj | $.00 |
| | | Payment Adj | $.00 |
| Invoice Date: | 11/22/2017 | Payments | $.00 |
| **Due Date:** | **12/22/2017** | **Balance** | **$153.00** |

Please see Reverse for Payment Options.

**Assessments:** LAC 33:XV.25

RADIATION PROTECTION - NORM =     $153.00

---

Please Return Portion Below with Payment

Billing Contact
OFFSHORE SPECIALITY FABRICATOR LLC
115 MENARD ROAD
HOUMA, LA 70361

Site Information: **AI 100660**
Offshore Specialty Fabricators LLC - South Yard
115 Gulf Access Rd
Houma, LA 70361

| | |
|---|---|
| **Amount Due:** | $153.00 |
| **After** 01/06/2018 | $160.65 |
| **After** 01/21/2018 | $168.30 |
| **After** 02/20/2018 | $175.95 |

Invoice Number: NTA053267
Fiscal Year: 2018

I am paying for multiple invoices

Please indicate any billing address or billing contact corrections on the reverse side of this ticket.

Please send me the appropriate paperwork to update my company name and/or ownership to the indicated address on the reverse side of this ticket.

Make Checks Payable to:
Mail Payments to:
**Louisiana Department of Environmental Quality**
**Financial Services Division**
**PO Box 4311**
**Baton Rouge, LA 70821-4311**

Amount Paid:

NTA    0000000053267    2018    137    00100660    0000015300