1019-20099 #1327936

**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Case No.  17-35623 |
| OFFSHORE SPECIALTY FABRICATORS, LLC, | CHAPTER 11 |
| Debtor. | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 85**
**BY MODERN AMERICAN RECYCLING SERVICE, INC.**

Modern American Recycling Service, Inc. ("MARS"), by and through its undersigned counsel, respectfully submits this Notice of Withdrawal of Proof of Claim No. 85. On January 10, 2018, MARS filed a Proof of Claim in this case in the amount of $1,400,000.00 as Proof of Claim No. 85. On February 23, 2018, MARS, the Debtor, and the Debtor's Affiliated Entities, Offshore Express, LLC and Houma Land Holding, LLC filed an *Emergency Motion to Approve Compromise of Controversies Between and Among Offshore Specialty Fabricators, LLC, Modern American Recycling Service, Inc., Offshore Express, LLC and Houma Land Holding, LLC Pursuant to Bankruptcy Rule 9019* [ECF Doc. 520] ("Motion to Settle"). On March 12, 2018, this Court signed an Order approving the Motion to Settle [ECF Doc. 545]. As part of the settlement described in the Motion to Settle, and approved by this Court's Order, MARS agreed to withdraw its Proof of Claim for $1,400,000.00, Claim No. 85. The parties have completed the sale of the South Yard pursuant to the Motion to Settle (as referenced in ECF Doc. 520, Exhibit "B"], so MARS hereby withdraws its proof of claim No. 85 pursuant to that Motion to Settle.

**WHEREFORE,** MARS hereby provides notice to this Court, creditors, and parties in interest that MARS is withdrawing Proof of Claim No. 85 from this case.

Respectfully Submitted:

 */s/Gavin H. Guillot*
Gavin H. Guillot (TX. Bar No. 24099123)
SDTX Federal ID No. 2236795
Elizabeth B. McIntosh (admitted *pro hac vice*)
Pusateri, Johnston, Guillot & Greenbaum
1100 Poydras Street, Suite 2250
New Orleans, LA 70163
Telephone: (504) 620-2500
Facsimile: (504) 620-2510
E-mail: Gavin.Guillot@pjgglaw.com

- and -

Davis Lee Wright (admitted *pro hac vice*)
SDTX Federal ID No. 3135104
Montgomery, McCracken, Walker & Rhoads, LLP
1105 N. Market Street, 15th Floor
Wilmington, DE 19801
Telephone: (302) 504-7800
Facsimile: (302) 504-7820
E-mail: dwright@mmwr.com

*Attorneys for Modern American Recycling Service, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 21st day of March, 2018, I caused a copy of the foregoing document to be served by the Electronic Case Filing System in the United States Bankruptcy Court for the Southern District of Texas.

 */s/ Gavin H. Guillot*