# EXHIBIT "1"

# Coast Guard Vessel Documentation

(1 of 2)

| | |
|---|---|
| Vessel Name: | HONEY FITZ |
| Vessel Service: | PASSENGER (INSPECTED) |
| Trade Indicator: | Recreational |
| Hull Material: | WOOD |
| Ship Builder: | * |
| Hailing Port: | PALM BEACH FL |
| Owner: | OFFSHORE EXPRESS INC<br>115 MENARD RD PO BOX 1420<br>HOUMA, LA 70361 |
| Documentation Issuance Date: | February 23, 2017 |
| Previous Vessel Names: | No Vessel Name Changes |

| | |
|---|---|
| USCG Doc. No.: | 230877 |
| IMO Number: | * |
| Call Sign: | WDG2690 |
| Hull Number: | * |
| Year Built: | 1931 |
| Length (ft.): | 88.4 |
| Hull Depth (ft.): | 7.1 |
| Hull Breadth (ft.): | 15.8 |
| Gross Tonnage: | 94 |
| Net Tonnage: | 64 |
| Documentation Expiration Date: | February 28, 2018 |
| Previous Vessel Owners: | OFFSHORE EXPRESS INC<br>OFFSHORE EXPRESS INC<br>OFFSHORE EXPRESS INC<br>OFFSHORE EXPRESS INC<br>OFFSHORE EXPRESS INC<br>OFFSHORE EXPRESS INC<br>OFFSHORE EXPRESS INC<br>OFFSHORE EXPRESS INC<br>OFFSHORE EXPRESS INC<br>OFFSHORE EXPRESS INC<br>OFFSHORE EXPRESS INC<br>OFFSHORE EXPRESS LLC |