**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **IN RE:** § | |
| § | **Case No. 17-35623** |
| **OFFSHORE SPECIALTY** § | |
| **FABRICATORS, LLC,** § | **Chapter 11** |
| § | |
| **Debtor** § | |

## NOTICE OF OCCURRENCE OF EFFECTIVE DATE

**PLEASE TAKE NOTICE** that on October 26, 2018, the Honorable Marvin Isgur, United States Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"), entered the order [Docket No. 748] (the "Confirmation Order") confirming the Official Committee of Unsecured Creditors of Offshore Specialty Fabricators, LLC's *First Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code* filed as Docket No. 703 in the above-captioned case, as supplemented by the Amended Plan Supplement filed as Docket No. 741 (collectively, as amended, the "Plan"). Unless otherwise defined in this notice, capitalized terms used in this notice shall have the meanings ascribed to them in the Plan and the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on **December 5, 2018**.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Order and the Plan, as well as all other documents filed in the above-captioned Cases are available by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Article VI.B of the Plan, Claims resulting from the rejection of Executory Contracts and Unexpired Leases pursuant to Article VI.A of the Plan, or the expiration or termination of any Executory Contract or Unexpired Lease after the entry of the Confirmation Order, but prior to the Effective Date, must be filed with the Bankruptcy Court and served on the Liquidating Trustee no later than thirty (30) days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Plan, the Professional Fee Claim Bar Date is **January 19, 2019**, the date that is forty-five (45) days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Plan and Confirmation Order, the provisions of the Plan and Confirmation Order are binding upon the Debtor, the Liquidating Trustee, and all holders of claims or interests, whether or not such claims or interests are impaired under the Plan and whether or not such holder of a claim or interest has filed, or is deemed to have filed, a proof of claim or proof of interest or has accepted the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Plan and the Confirmation Order contain other provisions that may affect your rights. You are encouraged to review the Plan and the Confirmation Order in their entirety.

Dated: December 5, 2018

Respectfully submitted,

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

By:  */s/ Daniel J. Ferretti*
Susan C. Mathews
Texas Bar No. 05060650
smathews@bakerdonelson.com
Daniel J. Ferretti
Texas Bar No. 24096066
dferretti@bakerdonelson.com
1301 McKinney St., Suite 3700
Houston, TX 77010
Telephone: (713) 650-9700
Facsimile: (713) 650-9701
     -AND-
Jan M. Hayden
jhayden@bakerdonelson.com
Edward H. Arnold, III
harnold@bakerdonelson.com
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-8645
Facsimile: (504) 585-6945

*Attorneys for Official Committee of Unsecured Creditors for Offshore Specialty Fabricators, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2018, the foregoing document was electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered to receive such notice.  I further that on December 5, 2018, the foregoing document was transmitted via U.S. Mail to all parties shown on **Exhibit A** attached hereto.

*/s/ Daniel J. Ferretti*
Daniel J. Ferretti