UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| OFFSHORE SPECIALTY | § | Case No. 17-35623 |
| FABRICATORS, LLC, | § | |
| | § | Chapter 11 |
| DEBTOR. | § | |

**LIQUIDATING TRUSTEE'S FIRST OMNIBUS OBJECTION TO
SECURED AND PRIORITY PROOFS OF CLAIM THAT HAVE BEEN SATISFIED IN
WHOLE OR IN PART [PROOF OF CLAIM NOS. 19, 23, 24, 30, 31, 33-50, 52, 53-55, 57 60-
64, 66, 68, 73, 78, 83, 92, 112, AND 136]**

**THIS IS AN OBJECTION TO YOUR CLAIM. THE OBJECTING PARTY IS ASKING THE COURT TO DISALLOW AND EXPUNGE THE CLAIM THAT YOU FILED IN THIS BANKRUPTCY CASE. YOU SHOULD IMMEDIATELY CONTACT THE OBJECTING PARTY TO RESOLVE THE DISPUTE. IF YOU DO NOT REACH AN AGREEMENT, YOU MUST FILE A RESPONSE TO THIS OBJECTION AND SEND A COPY OF YOUR RESPONSE TO THE OBJECTING PARTY WITHIN 30 DAYS AFTER THE OBJECTION WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE OBJECTION IS NOT VALID. IF YOU DO NOT FILE A RESPONSE WITHIN 30 DAYS AFTER THE OBJECTION WAS SERVED ON YOU, YOUR CLAIM MAY BE DISALLOWED WITHOUT A HEARING.**

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN PROOFS OF CLAIM. CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS IN THE TABLE STARTING ON THE NEXT PAGE OF THIS OBJECTION.**

**A HEARING HAS BEEN SET ON THIS MATTER ON JULY 17, 2019 AT 10:00 A.M. IN COURTROOM 404, U.S. COURTHOUSE, 515 RUSK AVENUE, HOUSTON, TEXAS 77002.**

TO THE HONORABLE MARVIN ISGUR, UNITED STATES BANKRUPTCY JUDGE:

David Weinhoffer, the Liquidating Trustee (the "Liquidating Trustee") of the Offshore Specialty Fabricators, LLC Liquidating Trust (the "Liquidating Trust"), files this Omnibus Objection to Proofs of Claim Nos. 19, 23, 24, 30, 31, 33-50, 52, 53–55, 57 60–64, 66, 68, 73, 78, 83, 92, 112,

and 136 (the "Objection") on the grounds that they have been satisfied in full or in part and respectfully states as follows:

## JURISDICTION

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This Objection is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory bases for the relief requested herein are §§ 105(a) and 502(b) of title 11 of chapter 11 of the United States Code, (the "Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Bankruptcy Local Rules for the southern District of Texas.

## LIST OF CLAIMS TO WHICH OBJECTION APPLIES

4. Claimants receiving this objection should locate their names and claim numbers in the table below (the "Table"). The Table lists proofs of claim in alphabetical order by claimant name and includes the claim numbers.

| Creditor Name | No. | Date Filed | Total Payment on Claim | Type of Claim | Unsecured Portion of Claim(s), if Any | Total Amount of Claim(s) | Unsecured Portion of Claim(s) Remaining | Grounds for Objection |
|---|---|---|---|---|---|---|---|---|
| Alliance Special Ventures Fund | 49 | 12/1/2017 | $215,954.78 | Secured | $50,213.99 | $320,507.77 | $104,552.99 | See page 6 |
| Bayou Black Electric Supply | 33 | 11/28/2017 | $98,746.64 | Secured | $- | $98,746.64 | $- | See page 6 |
| BNA Marine Services | 31 | 11/28/2017 | $2,947.54 | Secured | $20,143.36 | $23,090.90 | $20,143.36 | See page 6 |
| Breaux Petroleum Products | 73 | 12/5/2017 | $10,178.80 | Secured | $- | $11,822.77 | $1,643.97 | See page 6 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **C&G Welding** | 38 | 11/30/2017 | $165,413.00 | Secured | $- | $165,413.00 | $- | See page 6 |
| **C&G Welding** | 39 | 11/30/2017 | $156,921.00 | Secured | $- | 183,654.00 | $26,733.00 | See page 6 |
| **Conrad Shipyard** | 78 | 12/8/2017 | $504,666.89 | Secured | $- | $504,666.89 | $- | See page 6 |
| **Crosby Tugs LLC** | 55 | 12/4/2017 | $929,174.50 | Secured | $103,920.62 | $1,033,086.12 | $103,920.62 | See page 6 |
| **Crosby Tugs LLC** | 57 | 12/4/2017 | $1,059,203.50 | Secured | $113,699.80 | $1,172,903.30 | $113,699.80 | See page 6 |
| **Crossmar Inc.** | 37 | 11/29/2017 | $7,800.00 | Secured | $- | $7,800.00 | $- | See page 6 |
| **DeepCor Marine** | 68 | 12/18/2017 | $1,280,000 | Secured | $- | $1,562,261.17 | $- | See page 7 |
| **Delta Rigging & Tools** | 36 | 11/28/2017 | $26,163.83 | Secured | $- | $26,163.83 | $- | See page 6 |
| **Demex International** | 30 | 11/22/2017 | $84,221.00 | Secured | $- | $84,221.00 | $- | See page 6 |
| **DHD Offshore Services** | 45 | 2/5/2018 | $151,139.46 | Secured | $- | $151,139.46 | $- | See page 6 |
| **DHD Offshore Services** | 46 | 12/1/2017 | $8,282.00 | Secured | $- | $8,282.00 | $- | See page 6 |
| **Encore Food Services** | 44 | 12/1/2017 | $45,831.09 | Secured | $- | $45,831.09 | $- | See page 6 |
| **Era Helicopters LLC** | 60 | 12/5/2017 | $65,308.08 | Secured | $- | $65,308.08 | $- | See page 6 |
| **Express Supply & Steel** | 66 | 12/5/2017 | $22,451.40 | Secured | $- | $24,096.12 | $1,644.72 | See page 6 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Fugro USA Marine** | 23 | 11/17/2017 | $53,729.60 | Secured | $- | $53,729.60 | $- | See page 6 |
| **Fugro USA Marine** | 24 | 11/17/2017 | $124,145.48 | Secured | $- | $124,145.48 | $- | See page 6 |
| **Gator Rigging Inspection** | 54 | 12/4/2017 | $46,179.96 | Secured | $- | $53,836.98 | $7,657.02 | See page 6 |
| **Hardy, Scott** | 112 | 2/5/2018 | $5,778.34 | Priority | $5,778.34 | $5,778.34 | $- | See page 7 |
| **Hercules Wire Rope & Sling** | 63 | 12/5/2017 | $159,784.00 | Secured | $- | $254,620.37 | $94,836.37 | See page 6 |
| **Hercules Wire Rope & Sling** | 64 | 12/5/2017 | $31,708.29 | Secured | $- | $45,749.24 | $14,040.95 | See page 6 |
| **Industrial Welding Supply of Houma** | 61 | 12/5/2017 | $27,891.50 | Secured | $- | $69,491.41 | $41,599.91 | See page 6 |
| **Industrial Welding Supply of Houma** | 62 | 12/5/2017 | $31,394.85 | Secured | $- | $84,933.95 | $53,539.10 | See page 6 |
| **MARMAC LLC** | 50 | 12/4/2017 | $563,169.50 | Secured | $20,529.84 | $729,283.24 | $166,113.74 | See page 6 |
| **Moorman, Ed and Angie** | 83 | 12/28/2017 | $23,187.23 | Priority | $23,187.23 | $23,187.23 | $- | See page 7 |
| **Morgan City Rentals** | 35 | 11/28/2017 | $50,089.93 | Secured | $- | $50,089.93 | $- | See page 6 |
| **Morgan City Supply** | 42 | 11/30/2017 | $58,634.80 | Secured | $- | $63,638.80 | $ 5,004.00 | See page 6 |
| **Oil States Skagit SMATCO** | 40 | 11/30/2017 | $37,500.00 | Secured | $- | $58,082.33 | $20,582.33 | See page 6 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Oil States Skagit SMATCO** | 41 | 11/30/2017 | $37,500.00 | Secured | $- | $46,418.26 | $8,918.26 | See page 6 |
| **Positerry, Kerrel J.** | 92 | 1/26/2018 | $12,003.20 | Priority | $12,003.20 | $12,003.20 | $- | See page 7 |
| **Scott, David & Whitney** | 136 | 2/7/2018 | $55,142.93 | Priority | $55,142.93 | $55,142.93 | $- | See page 7 |
| **Smith Marine Towing Co.** | 19 | 11/13/2017 | $64,000.00 | Secured | $- | $86,076.25 | $22,076.25 | See page 6 |
| **Spartan Acquisition** | 34 | 11/28/2017 | $51,713.72 | Secured | $- | $51,713.72 | $- | See page 6 |
| **Versabar Inc.** | 52 | 12/4/2017 | $197,056.20 | Secured | $- | $218,567.39 | $21,511.19 | See page 6 |
| **Versabar Inc.** | 53 | 12/4/2017 | $59,506.69 | Secured | $- | $65,887.43 | $6,380.74 | See page 6 |
| **Viral Investment LLC** | 47 | 2/5/2018 | $235,983.25 | Secured | $- | $235,983.25 | $- | See page 6 |
| **Viral Investment LLC** | 48 | 12/1/2017 | $43,474.72 | Secured | $- | $43,474.72 | $- | See page 6 |
| **Work Boat Electrical Services** | 43 | 11/30/2017 | $56,896.21 | Secured | $- | $56,896.21 | $- | See page 6 |

**RELIEF REQUESTED**

5. The Trustee seeks entry of an order (i) expunging the claims that have been satisfied in full; and (ii) allowing the claims not satisfied in full on an unsecured basis in the amounts listed in the table above.

**FACTUAL BACKGROUND**

  A. **Secured Maritime Liens.**

  6. On November 15, 2017, the Debtor filed a *Notice of December 5, 2017 Bar Date and Related Procedures for Parties Asserting Liens on the Derrick Barges William Kallop or Swing Thompson* [ECF No. 120]. The Notice required parties asserting claims secured by the Debtor's Barges to file proofs of claim by December 5, 2017.

  7. The Court held an estimation hearing on December 11, 2017 to estimate the amount of each party's maritime lien on the Barges. The majority of claims were estimated at that hearing, though the claims of DeepCor Marine and Mickel Hahn were subject to separate valuation hearings on December 28, 2017 and January 12, 2018, respectively.

  8. The outcome of these estimation hearings is detailed in the Credit Bidding Estimation Order [ECF No. 347], which is attached hereto as **Exhibit A**.

  9. After the Barges were sold in early 2018, the Debtor paid the amounts listed in the "Allowed Estimated Amount for Purpose of Credit Bidding" column on the Credit Bidding Estimation Order to each respective claimant.

  10. In some cases, these payments were in full satisfaction of a creditor's claim. However, the Debtor's payments satisfied certain claims only part. Creditors whose claims were satisfied only in part have amounts remaining indicated in the "Unsecured Portion of Claim(s) Remaining" column of the Table.

  B. **Priority Claims.**

  11. Claimants Scott Hardy, Ed and Angie Moorman, Kerrel J. Positerry, and David and Whitney Scott filed priority unsecured claims (collectively, the "Priority Claims") against the Debtor. Pursuant to Article II.C of the Debtor's confirmed Plan, the Trustee was required to satisfy the Priority Claims within five business days of Effective Date of the Plan.

12. The Trustee satisfied the Priority Claims pursuant to Article II.C.

## C. DeepCor.

13. The Debtor and DeepCor Marine entered into a settlement reducing their claim to a secured claim in the amount of $1,280,000.00. *See* ECF No. 502. Further, upon the Debtor's payment of $1,280,000 to DeepCor, DeepCor's unsecured claims were deemed satisfied in full.

## BASIS FOR RELIEF

14. Section 502 of the Bankruptcy Code provides, in pertinent part, as follows: "[a] claim or interest, proof of which is filed under section 501 of [the Bankruptcy Code], is deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502.

15. As set forth in Bankruptcy Rule 3001(f), a properly executed and filed proof of claim constitutes *prima facie* evidence of the validity and the amount of the claim under section 502(a) of the Bankruptcy Code. *See, e.g., In re Jack Kline Co., Inc.*, 440 B.R. 712, 742 (Bankr. S.D. Tex. 2010). A proof of claim must "set forth the facts necessary to support the claim." *In re Chain*, 255 B.R. 278, 280 (Bankr. D. Conn. 2000) (citing 9, Resnick & Sommer eds., Collier on Bankruptcy ¶ 3001.09[1] at 3001-27 (15th ed. Rev. 2005)). If the proof of claim fails to set forth the necessary supporting facts, it is "not entitled to the presumption of *prima facie* validity, and the burdens of going forward and of proving its claims by a preponderance of the evidence are on the [claimant]." *In the Matter of Marino*, 90 B.R. 25, 28 (Bankr. D. Conn. 1988); *see also In re Svendson*, 34 B.R. 341, 342 (Bankr. D.R.I. 1983) (stating proofs of claim failed to "set forth all the necessary facts to establish the claim[s].").

16. A proof of claim also loses the presumption of *prima facie* validity under Bankruptcy Rule 3001(f) if an objecting party refutes at least one of the allegations that are essential to the claim's legal sufficiency. *See In re Fidelity Holding Co., Ltd.*, 837 F.2d 696, 698 (5th Cir. 1988). Once such an allegation is refuted, the burden reverts to the claimant to prove the validity of its claim by a preponderance of the evidence. *Id.* Despite this shifting burden during the claim objection process,

"the ultimate burden of proof always lies with the claimant." *In re Armstrong*, 347 B.R. 581, 583 (Bankr. N.D. Tex. 2006) (citing *Raleigh v. Ill. Dep't of Rev.*, 530 U.S. 15 (2000)).

17. Here, the attached affidavit of David Weinhoffer, former Chief Restructuring Officer of the Debtor and now the Trustee, establishes that the Debtor and/or the Trustee made payments on account of secured and Priority Claims as reflected in the Table.

18. Accordingly, the Trustee seeks entry of an order expunging the claims that have been satisfied in full. For those claims not satisfied in full, the Trustee seeks an order allowing those claims on an unsecured basis in the amounts listed in the Table.

WHEREFORE, for the reasons stated above and in the Declaration of David Weinhoffer, the Liquidating Trustee respectfully requests entry of an order, substantially in the form attached hereto, granting the relief requested herein and granting such other relief as is just and proper.

Dated: June 3, 2019

Respectfully submitted,

DIAMOND McCARTHY LLP

*/s/ Michael D. Fritz*
Charles M. Rubio
TBA No. 24083768
crubio@diamondmccarthy.com
Michael D. Fritz
TBA No. 24083029
mfritz@diamondmccarthy.com
909 Fannin, Suite 3700
Houston, TX 77010
Telephone: (713) 333-5100
Facsimile: (713) 333-5199

*Counsel to David Weinhoffer, Liquidating Trustee of the Offshore Specialty Fabricators Liquidating Trust*

## CERTIFICATE OF SERVICE

      I certify that on June 3, 2019, I caused a true and correct copy of the foregoing Objection to be served on all parties registered to receive electronic notice through the Court's CM/ECF system and by United States Mail, postage prepaid, to the claimant whose claim is subject to the Objection as listed on the Service List attached hereto.

*/s/ Michael D. Fritz*

| | | |
|---|---|---|
| Smith Marine Towing Co.<br>c/o Norman C. Sullivan, Jr.<br>400 Poydras St., 30th Floor<br>New Orleans, LA 70130 | Demex International<br>c/o Kenneth P. Green<br>Snow Spence Green LLP<br>2929 Allen Parkway, Ste. 2800<br>Houston, TX 77019 | BNA Marine Services<br>P O Box 150<br>Morgan City, LA 70381 |
| Bayou Black Electric Supply<br>5086 Hwy. 311<br>Houma, LA 70360 | Bayou Black Electric Supply<br>c/o Lawrence R. DeMarcay, III<br>1100 Poydras Street, 36th Floor<br>New Orleans, LA 70163 | Spartan Acquisition Corp.<br>P O Box 3562<br>Houma, LA 70361 |
| Spartan Acquisition Corp.<br>c/o Lawrence R. DeMarcay, III<br>1100 Poydras Street, 36th Floor<br>New Orleans, LA 70163 | Morgan City Rentals<br>P O Box 2946<br>Morgan City, LA 70381 | Morgan City Rentals<br>c/o Lawrence R. DeMarcay, III<br>1100 Poydras Street, 36th Floor<br>New Orleans, LA 70163 |
| Delta Rigging & Tools<br>125 McCarty Dr.<br>Houston, TX 77029 | Delta Rigging & Tools<br>c/o Lawrence R. DeMarcay, III<br>1100 Poydras Street, 36th Floor<br>New Orleans, LA 70163 | Crossmar Inc.<br>Attn:  Jeff McGuire<br>1962 S. Van Avenue<br>Houma, LA 70363 |
| Morgan City Supply<br>Attn:  William A. Stark<br>275 Gabasse<br>Houma, LA 70360 | Work Boat Electrical Svc.<br>5413 Hwy. 311<br>Houma, LA 70360 | Work Boat Electrical Svc.<br>c/o Lawrence R. Plunkett, Jr.<br>3850 N. Causeway Blvd., Ste. 1000<br>Metairie, LA 70002 |
| Encore Food Services<br>c/o Christopher H. Riviere<br>103 W. Third Street<br>Thibodaux, LA 70307 | Alliance Special Ventures Fund<br>c/o David F. Waguespack<br>1100 Poydras Street, Ste. 3100<br>New Orleans, LA 70163 | MARMAC LLC<br>P O Bo 917227<br>Dallas, TX 75391-9227 |
| MARMAC LLC<br>c/o Andre J. Mouledoux<br>701 Poydras Street, Ste. 4250<br>New Orleans, LA 70139 | Gator Rigging Inspection<br>c/o Christopher H. Riviere<br>103 W. Third St.<br>Thibodaux, LA 70307 | Era Helicopters LLC<br>P O Box 6550<br>Lake Charles, LA 70606-6550 |
| Era Helicopters LLC<br>c/o Stephen L. Williamson<br>201 St. Charles Ave., 40th Floor<br>New Orleans, LA 70170 | Express Supply & Steel LLC<br>P O Box 5091<br>Houma, LA 70361-5091 | Express Supply & Steel LLC<br>c/o Benjamin W. Kadden<br>601 Poydras Street, Ste. 2775<br>New Orleans, LA 70130 |
| DeepCor Marine, Inc.<br>c/o Mark Joachim<br>1401 I Street, Ste. 800<br>Washington, DC 20005 | Breaux Petroleum Products<br>237 N. Barrios St.<br>Lockport, LA 70374 | Breaux Petroleum Products<br>c/o Lawrence Clifton Dickerson III<br>P O Box 241<br>Lockport, LA 70374 |
| Conrad Shipyard<br>c/o Laura Ashley<br>201 St. Charles Ave., Ste. 5100<br>New Orleans, LA 70170 | Fugro USA Marine<br>c/o Stephen L. Williamson<br>201 St. Sharles Ave., 40th Floor<br>New Orleans, LA 70170 | C&G Welding<br>P O Box 4177<br>Houma, LA 70361-4177 |

| | | |
|---|---|---|
| C&G Welding<br>c/o Rachel Lisotta Bradley<br>365 Canal Street, Ste. 2730<br>New Orleans, LA 70130 | Oil States Skagit SMATCO<br>1180 Mulberry Rd.<br>Houma LA 70363 | Oil States Skagit SMATCO<br>c/o David S. Bland<br>909 Poydras Street, Ste. 1860<br>New Orleans, LA 70112 |
| DHD Offshore Services<br>7889 Hwy 182 E.<br>Morgan City, LA 70380 | DHD Offshore Services<br>c/o Julie I. Faulk<br>P O Box 3089<br>Lafayette, LA 70502 | Hercules Wire Rope & Sling Co.<br>P O Box 1769<br>Houma, LA 70361-1769 |
| Hercules Wire Rope & Sling Co.<br>c/o Miles C. Thomas<br>601 Poydras St., Ste. 2775<br>New Orleans, LA 70130 | Crosby Tugs LLC<br>P O Box 279<br>Golden Meadow, LA 70357 | Scott Hardy<br>114 Egle St.<br>Morgan City, LA 70380 |
| Industrial Welding Supply of Houma Ltd.<br>c/o Jedd S. Malish<br>201 St. Charles Ave., 45th Floor<br>New Orleans, LA 70170 | Ed and Angie Moorman<br>204 Anslem Dr.<br>Youngsville, LA 70592 | Viral Investment LLC<br>7889 Hwy 182E<br>Morgan City, LA 70380 |
| Versabar Inc.<br>11349 FM 529<br>Houton, TX 77041 | Kerrel J. Positerry<br>110 Ouiski Bayou Dr.<br>Houma, LA 70360 | Whitney M. Scott<br>12211 McFarland Rd.<br>Chunchula, AL 36521-3309 |