UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § |
| | § |
| **OFFSHORE SPECIALTY** | §    Case No. 17-35623 |
| **FABRICATORS, LLC,** | § |
| | §    Chapter 11 |
|       **DEBTOR.** | § |

**DECLARATION OF DAVID WEINHOFFER IN SUPPORT OF THE LIQUIDATING
TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 10**

I, David Weinhoffer hereby declare under penalty of perjury:

1.    I am the Liquidating Trustee of the Offshore Specialty Fabricators, LLC Liquidating Trust (the "Liquidating Trustee").

2.    In my position as Liquidating Trustee, I am generally familiar with the Debtor's financing arrangements, business affairs, and books and records that reflect, among other things, the Debtor's liabilities and the amount thereof owed to its creditors as of the Petition Date. I have read the *Objection to Proof of Claim No. 10* (the "Objection"), filed contemporaneously herewith.[1]

3.    To the best of my knowledge, information, and belief, the assertions made in the Objection are accurate.

4.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the facts set forth in the foregoing declaration are true and correct to the best of my knowledge, information, and belief.

Dated: June 3, 2019

                                                       David Weinhoffer
                                                       Liquidating Trustee of the Offshore Specialty
                                                       Fabricators Liquidating Trust

---

[1] Capitalized terms used but not defined in this declaration shall have the meaning ascribed to them in the Objection.