| | |
|---|---|
| In re: Offshore Specialty Fabricators Liquidating Trust<br><br>Debtor Chapter 11 Case No: 17-35623 | **Post-Confirmation Status Report**<br><br>Quarter Ending:    September 2019 |

| Attorney/Professional - Name, Address, Phone, FAX & Email:<br>Diamond McCarthy LLP<br>909 Fannin, 37th Floor<br>Houston TX 77010<br>mfritz@diamondmccarthy.com<br>(713) 333-5128 | Person responsible for report: Name, Address, Phone, FAX & Email:<br>David Weinhoffer, Liquidating Trustee<br>1415 Louisiana, Suite 3500<br>Houston TX 77002<br>(832) 434-9167 |
|---|---|

### SUMMARY OF DISBURSEMENTS MADE DURING THE QUARTER

| | | |
|---|---|---|
| Disbursements made under the Plan: | Payments to Professionals: | $ 17,346.86 |
| | Payments to Secured Creditors: | $ |
| | Payments to Priority Creditors: | $ |
| | Payments to Unsecured Creditors: | $ 22,232.00 |
| | Payments to Equity: | $ |
| | All other plan payments: | $ |
| | TOTAL OF PLAN PAYMENTS: | $ 39,578.86 |
| Disbursements from Operations: | | $ 45,570.96 |
| **TOTAL ALL DISBURSEMENTS** | | $ 85,149.82 |

| | |
|---|---|
| Date Order was entered confirming plan? | October 26, 2018 |
| Who is the Disbursing Agent (if any)? | |
| Current with Plan Payments? Why not? | Yes |
| Projected date for final decree? | Unknown |
| What needs to be achieved before a final decree will be sought (attach a separate sheet if necessary)? | |
| Provide a narrative of events that impact upon the ability to perform under the reorganization plan or other significant events that occurred during the reporting period (attach a separate sheet if necessary). | |
| Date last U.S. Trustee fee paid? | July 1, 2019 |
| Amount Paid? | $ 4,875.00 |

**I declare under penalty of perjury that the information contained in the document is true, complete and correct.**

_October 17, 2019_____                    _____
Date                                                                              Signature of person responsible for this report
                                                                                     Name and Title: _David Weinhoffer, Liquidating Trustee____

*This report is to be filed with the U.S. Bankruptcy Court quarterly until a final decree is entered. <u>You may be required to file additional reports with the Bankruptcy Court.</u>*