| In re: Offshore Specialty Fabricators Liquidating Trust | **Post-Confirmation Status Report** |
|---|---|
| Debtor Chapter 11 Case No: 17-35623 | Quarter Ending:       December 2019 |

| Attorney/Professional - Name, Address, Phone, FAX & Email: | Person responsible for report: Name, Address, Phone, FAX & Email: |
|---|---|
| Diamond McCarthy LLP<br>909 Fannin, 37th Floor<br>Houston TX 77010<br>crubio@diamondmccarthy.com<br>(212) 430-5438 | David Weinhoffer, Liquidating Trustee<br>1415 Louisiana, Suite 3500<br>Houston TX 77002<br>(832) 434-9167 |

## SUMMARY OF DISBURSEMENTS MADE DURING THE QUARTER

| Disbursements made under the Plan: | Payments to Professionals: | $ 40,067.33 |
|---|---|---|
|  | Payments to Secured Creditors: | $ |
|  | Payments to Priority Creditors: | $ |
|  | Payments to Unsecured Creditors: | $ 323,331.00 |
|  | Payments to Equity: | $ |
|  | All other plan payments: | $ |
|  | TOTAL OF PLAN PAYMENTS: | $ 363,398.33 |
| Disbursements from Operations: |  | $ 31,950.37 |
| **TOTAL ALL DISBURSEMENTS** |  | $ 395,348.70 |

| Date Order was entered confirming plan? | October 26, 2018 |
|---|---|
| Who is the Disbursing Agent (if any)? |  |
| Current with Plan Payments? Why not? | Yes |
| Projected date for final decree? | Unknown |
| What needs to be achieved before a final decree will be sought (attach a separate sheet if necessary)? |  |
| Provide a narrative of events that impact upon the ability to perform under the reorganization plan or other significant events that occurred during the reporting period (attach a separate sheet if necessary). |  |
| Date last U.S. Trustee fee paid? | October 17, 2019 |
| Amount Paid? | $ 975.00 |

I declare under penalty of perjury that the information contained in the document is true, complete and correct.

_January 7, 2020_____
Date

_____
Signature of person responsible for this report
Name and Title:_David Weinhoffer, Liquidating Trustee____

*This report is to be filed with the U.S. Bankruptcy Court quarterly until a final decree is entered. <u>You may be required to file additional reports with the Bankruptcy Court.</u>*